# FREISHTAT & SANDLER

DAVID FREISHTAT
PAUL MARK SANDLER
RAYMOND F. ALTMAN
RAYMOND DANIEL BURKE
WILLIAM MICHAEL MULLEN
LLOYD J. SNOW
STACIE F. DUBNOW
ROBERT B. LEVIN

ATTORNEYS AT LAW
201 EAST BALTIMORE STREET
SUITE 1500
BALTIMORE, MARYLAND 21202

TEL: (410) 727-7740
FAX: (410) 727-7356

ALLISON LOWERY PALMER
JAMES R. HOFFMANN, JR.

OF COUNSEL
LYNN WEINBERG



MAR 13 2001

JUDGE WILLIAM M. NICKERSON

March 13, 2001

**HAND DELIVERED**

The Honorable William M. Nickerson
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: In Re: Cruciferous Sprout Patent Litigation MDL 1388

Dear Judge Nickerson:

A conflict exists regarding the initial scheduling conference on April 6, 2001. E. Anthony Figg, Esquire, who is lead counsel for the Plaintiffs in this matter, will be out of the country on April 6 and unable to attend. Mr. Figg's presence at the conference is important both for substantive and procedural reasons.

I contacted Philip Andrews, who consulted with the remaining Defendants' attorneys to select an alternative date. All counsel involved are available for conference on Friday, April 27. In checking with your Chambers today, we were advised the 27th is available and that the conference would be rescheduled for 11:00 a.m. on that day. I am writing to confirm the rescheduling and, by a copy to all counsel, to apprise them of the new date. Should Your Honor wish to confer with counsel, Mr. Andrews and I would be pleased to meet with Your Honor or participate in a conference call.

Respectfully submitted,

Paul Mark Sandler

PMS/da
cc: All Counsel of Record
    Chau Minh Do

" APPROVED " THIS 14th DAY
OF March, 2001
_____
UNITED STATES DISTRICT JUDGE