UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

April 17, 2001

Memo to All Counsel

In Re Cruciferous Sprout Patent Litigation - MDL 1388

    In response to Mr. Andrews' letter of April 6, 2001, this will confirm that the understanding of counsel relative to the discouraging of pleadings and motions until after the April 27 scheduling conference is correct.

                                    Very truly yours,

                                    William M. Nickerson
                                    United States District Judge