What researchers found in these tiny sprouts could change the way you eat.




Customize here

Introducing New Fresh Alternatives™ BroccoSprouts®

The Future Of Nutrition

The future of nutrition is here – new *Fresh Alternatives*™ *BroccoSprouts*®. *BroccoSprouts* were discovered by scientists at **Johns Hopkins University School of Medicine**, who found a few specific varieties of broccoli sprouts contained 20 times the concentration of the natural compound sulforaphane glucosinolate (SGS) as mature, cooked broccoli.*



Recent research at Johns Hopkins University School of Medicine reveals that SGS is a long-lasting, natural antioxidant, whose benefit continues to work in the body longer than many other antioxidants. Research on the role SGS may play in the chemoprotective effect of broccoli sprouts as a supplement to a healthy diet is currently underway at Johns Hopkins.

*BroccoSprouts*, the fresh supplement of SGS, are completely natural, and are grown from selected broccoli seeds using only light and water. *BroccoSprouts* are a dietary supplement designed to be added to a healthy diet rich in fruits and vegetables. One ounce of *BroccoSprouts* has the same amount of SGS as 1¼ pounds (20 ounces) of mature, cooked broccoli.

container and are available in the produce section at your supermarket.

Every package of *BroccoSprouts* sold helps scientists continue their study of the links between cancer and diet. A portion of the proceeds from the sale of this product is donated to the Brassica Foundation to fund research on the prevention of cancer through diet and nutrition.

*Remember, not all sprouts are alike. Ask for Fresh Alternatives sprouts at your grocer's fresh produce department.*

Evidence is persuasive that low fat diets rich in fruits and vegetables like broccoli and containing vitamins A and C and fiber may help reduce the risk of certain cancers, a disease associated with many factors. Experts suggest *BroccoSprouts* are a sensible way to supplement such a diet.

### The Fresh Alternatives Guarantee

Studies at Johns Hopkins University found that of more than 50 different varieties of broccoli seeds tested over the past five years, only a few varieties produced sprouts that contained high concentrations of SGS. *BroccoSprouts* are the only sprouts grown from these specially identified and selected seeds.

We also guarantee that SGS will be present in our fresh product – at 20 times the concentration of mature broccoli!

*BroccoSprouts* are grown by selected growers trained to use certified seed and strict quality control procedures. *Only Fresh Alternatives sprouts are grown and tested for purity and quality.*

*BroccoSprouts*, which are also a good source of vitamin C, are available in four-ounce packages with approximately four, one-ounce servings per



For more information please call us toll-free at 1-888-551-8989 between 8 and 5 CST or visit our web site at www.BroccoSprouts.com.

*See supplement facts panel for nutrition information

# The New York Times

"All the News That's Fit to Print"

VOL. CXLVI.... No. 50,917         Copyright 1997 The New York Times         TUESDAY, SEPTEMBER 16, 1997

## Researchers Find a Concentrated Anticancer Substance in Broccoli Sprouts

By NATALIE ANGIER

Scientists have bred a novel form of broccoli that is tender, tangy and richer by far in powerful anticancer compounds than are the familiar broccoli heads slapped onto dinner plates and crudité platters. The new rendition of an old and often despised acquaintance are broccoli sprouts, three-day-old broccoli plants that look like alfalfa or bean sprouts but that have a slight zest to them, a kind of Proustian reminder of the bitter green vegetable from which they sprang.

Researchers from Johns Hopkins University School of Medicine in Baltimore have found that broccoli sprouts, grown in plastic laboratory dishes from ordinary broccoli seeds, contain anywhere from 30 to 50 times the concentration of protective chemicals found in mature broccoli plants. These chemicals, called isothiocyanates, were already known to be potent stimulators of natural detoxifying enzymes in the body, and are thought to help explain why the consumption of broccoli and other cruciferous vegetables like cauliflower, cabbage and kale is associated with a lowered risk of contracting cancer.

With the discovery that broccoli sprouts are an exceptionally rich source of isothiocyanates, the scientists suggested that the sprouts might offer an easy, palatable and fairly uniform way of getting at least some of the protective benefits of a high-vegetable diet. For example, they said, epidemiological studies indicate that to cut the risk of colon cancer in half, a person needs to eat about two pounds of broccoli and similar vegetables a week, a goal that few Americans meet. Given the chemical potency of broccoli sprouts, the scientists said, the same reduction in risk theoretically might be had with a weekly intake of just a little over an ounce of sprouts.

Reporting in today's issue of the Proceedings of the National Academy of Sciences, Dr. Jed W. Fahey, Dr. Yueshing Zhang and Dr. Paul Talalay, said that extracts of isothiocyanates from the sprouts markedly reduced the incidence, size and number of mammary tumors in laboratory rats exposed to a standard carcinogen. As an added benefit, broccoli sprouts seem to lack the undesirable toxins found in trace amounts in mature broccoli plants, particularly chemicals known to help transform precarcinogenic compounds in the body into full-blown agents of cancer.

"The sprouts are not only quantitatively different than mature broccoli in their concentrations of chemoprotectants, they are qualitatively different in their profiles," of the good versus the bad ingredients, Dr. Talalay said in an interview.



Marty Katz for The New York Times
Researchers at the Johns Hopkins University School of Medicine in Baltimore have found that broccoli sprouts are cancer fighters.

"Altogether, the results are very encouraging, and very interesting," said Dr. John W. Erdman, director of nutritional sciences at the University of Illinois in Urbana. "If you look at the epidemiological data, it's so clear that consumption of these kinds of vegetables is related to a lower cancer risk. If it turns out that one could consume a small portion of sprouts in the diet instead of large portions of broccoli and cauliflower, and still get the same protection, that could make a difference to a lot of people."

Other researchers were more measured in their assessment. "Dr. Talalay has done a lot of good work," said Dr. Gary R. Beecher, a research chemist for the United States Department of Agriculture, "but no one food is going to be the silver bullet against cancer."

Scientists pointed out that many chemicals found to protect against cancer in rats have fallen through when subjected to the crucible of human trials. In addition, they said, vegetables, fruits and grains contain a broad array of desirable ingredients, including vitamins, minerals, micronutrients and fiber. Broccoli sprouts may prove to be wanting in any number of these qualities, they said, and certainly will not offer much fibrous bulk if sprinkled onto a salad or sandwich by themselves.

Nevertheless, scientists admitted there is nothing wrong with the idea of people adding broccoli sprouts to an otherwise healthy diet.

Unlike other products under development known variously as designer foods or so-called nutraceuticals, broccoli sprouts are in no way genetically manipulated or enhanced — they are simply young plants that until now had not been thought to have much culinary appeal.

Dr. Talalay and his colleagues said they hoped to have broccoli sprouts in supermarket shelves by 1998. But they admit they are scientists, not businessmen, and thus they have yet to figure out how the product might be distributed. People could cultivate the sprouts on their own, said Dr. Talalay, but the plants need a constant infusion of water to offset the enormous heat generated as seedlings rapidly sprout.

The Talalay laboratory first got onto the broccoli beat in 1992, when they announced the isolation from broccoli of an isothiocyanate called sulforaphane and found in cell culture experiments that it was a major inducer of the body's so-called phase II enzymes. These enzymes operate in cells to break down and eliminate noxious compounds before they do damage to the cell's D.N.A. and set the stage for cancer. And unlike some other inducers of phase II activity that had been found in food, sulforaphane did not activate any of the cell's corresponding phase I enzymes, which perversely turn precancerous chemicals into carcinogens.

In other words, sulforaphane looked like an unalloyed "chemoprotectant," as the new buzz phrase it, able to help gird against tumor genesis. Within short order, health food stores were abrim with products like broccoli powder, marketed as containing that magic cancer-fighting ingredient, sulforaphane.

Dr. Talalay and his colleagues, however, also discovered that different strains of broccoli varied widely in their concentrations of sulforaphane, and they started growing plants in their laboratory to see they could create a more uniform crop.

Upon testing the broccoli at the sprout stage, they realized they could stop right there. Not only did the sprouts contain surprisingly large doses of sulforaphane, they were also comparatively more consistent in their concentration of the chemical a point that Dr. Talalay said essential if the food item was to be useful as a source of chemoprotection.

The researchers are also performing a variety of studies to see how sulforaphane works as well in humans as it does in cell culture and rodent experiments. If the compound stimulates the body's production of phase II enzymes, it should be possible to detect that heightened activity directly, for example, by seeing whether the regular consumption of broccoli sprouts speeds up the rate at which a person detoxifies a drug like Tylenol. Dr. Talalay is participating in that trial himself, and so plucks a sprig of sprouts from the laboratory crop each day, and downs it as his mid-morning snack.

ST. PETERSBURG TIMES

SEPTEMBER 17, 1997

# Study: Broccoli sprouts powerful cancer fighter

*Associated Press*

WASHINGTON — Finally, here is some good news for people who hate broccoli.

A study shows there is up to 50 times more anti-cancer chemical in broccoli sprouts than in the mature vegetable — and the sprouts don't taste like broccoli.

Three-day-old broccoli sprouts, which are tender shoots topped with two baby leaves, are loaded with a concentrated form of sulforaphane, a powerful cancer fighter, say researchers at Johns Hopkins University.

Dr. Paul Talalay, head of a team at Hopkins that discovered sulforaphane five years ago, said he was surprised that the sprouts contained such a high level of the anti-cancer compound.

"If these are developed commercially, this could be a really easy way for people to get the benefits of chemoprotection against cancer," said Talalay.

A report on the research was being published today in the *Proceedings of the National Academy of Sciences*.

Earlier studies showed that sulforaphane, found in broccoli, cauliflower and some other vegetables, prompts the body to make an enzyme that prevents tumors from forming. A 1994 study indicated that cancer development was reduced by 60 percent to 80 percent in laboratory animals fed sulforaphane extracted from broccoli.

Talalay said that diet studies have shown that eating 2 pounds of broccoli a week — an unappetizing thought to many people — can provide enough sulforaphane to lower colon cancer risk by half.

But Talalay said his lab has found that the sulforaphane content in broccoli from a grocery store can vary by a factor of eight or 10 and there is no way to identify a vegetable loaded with the compound from one that is not.

Broccoli sprouts may solve this problem, said Talalay, because the baby plants have a uniformly high level of sulforaphane.

"Because of the high content (of sulforaphane), it is possible to consume far lower quantities of the sprouts and get the same protection," he said.

Broccoli sprouts resemble the alfalfa sprouts now common in grocery stores, but they have more flavor, said Talalay. And the broccoli sprouts do not have the sharp tang of mature broccoli that many people, such as former President Bush, find unpleasant.

"They have a far more interesting taste than ordinary sprouts," said Talalay. "You can use them in sandwiches or salads."

Talalay said the broccoli sprouts take just three days to grow from seeds, in contrast to the 55 to 70 days it takes to grow a mature broccoli plant.

Broccoli sprouts are not grown commercially, but Talalay said that if other researchers confirm the findings of his lab, it could encourage growers to start producing the baby broccoli as a new vegetable for health-conscious shoppers.

---

HEALTH



**BABY BROC: A week's worth of protection**

# Power Sprouts

## They're even better than broccoli at fighting cancer

GEORGE BUSH MAY HAVE BEEN RIGHT about broccoli after all. According to a team of scientists from Johns Hopkins University, you don't have to eat a full helping of the hated vegetable to get the health benefits; a spoonful of crunchy broccoli sprouts will do the trick. Writing in the *Proceedings of the National Academy of Science*, the researchers report that three-day-old broccoli sprouts (which look something like alfalfa sprouts) contain the same cancer-fighting chemical, called sulforaphane, as full-grown spears—but at concentrations 20 to 50 times as high.

This is not the first time that scientists have lauded broccoli's anticancer benefits. Johns Hopkins' Dr. Paul Talalay and his colleagues first isolated sulforaphane from broccoli in 1992. Tests showed that the compound reduced the incidence of breast tumors in rats by 60%. While vitamin E and other antioxidants attack rogue cancer-causing molecules directly, sulforaphane works indirectly by boosting the body's cancer-fighting defenses. Not all broccoli plants are created equal, however. The amount of sulforaphane found in fresh broccoli varies wildly, making the vegetable an unreliable anticancer agent.

That's where the sprouts come in. After analyzing 50 different varieties of broccoli, the Hopkins researchers discovered that 15 of those strains produced seedlings with extraordinarily high concentrations of sulforaphane. The sprouts have a mildly spicy taste, which should make them more palatable than full-grown broccoli, especially when sprinkled on sandwiches and salads. But you probably won't find them at your local health-food store—not yet, anyway. And Talalay cautions do-it-yourselfers against trying to grow their own sprouts. Most broccoli seeds, he notes, are soaked in fungicides and pesticides.   —*By Christine Gorman. Reported by David Bjerklie/New York*

TIME, SEPTEMBER 29, 1997