US005725895B1

# REEXAMINATION CERTIFICATE (4168th)

## United States Patent [19]
### Fahey et al.

[11] **B1 5,725,895**
[45] Certificate Issued **Oct. 10, 2000**

[54] **METHOD OF PREPARING FOOD PRODUCT FROM CRUCIFEROUS SEEDS**

[75] Inventors: **Jed W. Fahey**, Eldersburg; **Paul Talalay**, Baltimore, both of Md.

[73] Assignee: **The National Institutes of Health**, Washington, D.C.

**Reexamination Request:**
No. 90/005,530, Oct. 12, 1999

**Reexamination Certificate for:**
Patent No.: 5,725,895
Issued: Mar. 10, 1998
Appl. No.: 08/528,858
Filed: Sep. 15, 1995

[51] Int. Cl.$^7$ .................................................. A23B 7/00
[52] U.S. Cl. ............................ 426/49; 426/52; 426/425; 426/429; 426/431; 426/615
[58] Field of Search .................................. 426/7, 49, 52, 426/425, 429, 430, 431, 615, 629, 655, 44

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

5,411,986   5/1995   Cho et al. ............................... 514/514

**OTHER PUBLICATIONS**

Meyerowytz, Steve, *Sprout It! One Week From Seed To Salad*, 4th ed. 1993, The Sprout House, Inc., P. O. Box 1100, Great Barrington, MA 01230. pp. i–viii, 1–31, 54–127, 152–154, 171–176.
Meyerowytz, Steve, *Growing Vegetables Indoors*, 1990, The Sprout House, Inc., P. O. Box 1100, Great Barrington, MA 01230. Entire book, especially pp. 5–10, 32, 55, 62, 63 and 71.
Munroe, Esther, *Sprouts To Eat And Grow*, 1974, The Stephen Greene Press, Brattleboro, Vt. pp. 1–41.
Oliver, Martha H., *Add A Few Sprouts To Eat Better For Less Money*, 1975, Keats Publishing, Inc., 36 Grove St., New Canaan, CT 06840. pp. 7–9, 42–71, 118–119.
Tobe, John H., *Sprouts Elixir Of Life*, Sixth Printing, Aug. 1976, The Provoker Press, St. Catharines, Ont., Canada. pp. 9–59, 73–83.
Wigmore, Ann, *The Sprouting Book*, 1986, Avery Publishing Group, Inc., Wayne, NJ. pp. v–viii, 1–59, 75–83.
Whyte, Karen Cross, *The Complete Sprout Cookbook*, 1973 (2d printing), Troubador Press, San Francisco, CA. pp. 1–63.
Schmidt, James C., *"Growing Sprouts Indoors,"* 1984, Cooperative Extension Services, University Of Illinois at Urbana–Champaign, College of Agriculture. All of two page pamphlet.
Schwarze, Debra, *"Growing Sprouts,"*, 1989, Cooperative Extension Service, Institute of Agriculture and Natural Resources, University of Nebraska–Lincoln. All of two page pamphlet.
The Sprout House, Advertising Brochure from The Sprout House, 40 Railroad Street, Great Barrington, MA 01230, 1988. Entire brochure.
*The Sprout Letter,* May–Jun. 1981 Issue (No. 4), All, especially pp. 3, 5.
The Sproutletter, No. 25, Nov.–Dec. 1984.
Roy Bruder, Ph.D., Discovering Natural Foods, (including pp. 203–209), Woodbridge Press, 1982.
Brian R. Clement, Hippocrates Health Program, (including pp. 7–11), Hippocrates Publications, 1989.
Jethro Kloss, The Back to Eden Cookbook, pp. 61–61, Woodbridge Press, 1974.
Steve Meyerowitz, Sproutmann Kitchen Garden Cookbook, The Sprouthouse, Inc., pp. 178–179, 290, 1994.
Steve Meyerowitz, The Complete Guide to Sprouting, Sprouts The Miracle Food, Sproutman Publications, (including pp. 121–122), May 1998.
Jean Hewitt, The New York Times New Natural Foods Cookbook:, Avon Books, pp. 200–203, 1982.
Angnes Toms, The Joy of Eating Natural Foods, The Complete Organic Cookbook, pp. 318–319, Nov. 1971.
David Ehrlich with George Wolf, Foreward by Peter Albright, M.D., "The Bowell Book", Schocken Books, 1981.
"The Good News Sprouts Recipe Book" ISGA, Aug. 1992.
Ann Wigmore, "The Hippocrates Diet and Health Program", Avery Publications, 1984.
Sproutletter, #41, Summer, 1989.
The Sproutletter, No. 27, Mar.–Apr. 1985.
The Sproutletter, No. 24, Sep.–Oct. 1984.
The Sproutletter, Issue 33, Spring 1987.
The Sproutletter, No. 28, May–Jun. 1985.
The Sproutletter, No. 26, Jan.–Feb. 1985.
The Sproutletter, No. 29, Jul.–Aug. 1985.
Sproutletter, #40, Spring, 1989.
Sproutletter, #44, Mar. 1991.
Sproutletter, #36, Winter, 1987–88.
Sproutletter, #39, Fall, 1988.
Sproutletter, #43, May/Jun. 1990.
Sproutletter, #38, Summer, 1988.
Deirdre Purdy, ed., The Summer Kitchen, A Farmers' Market Cookbook, 1981.
Viktoras Kulvinskas, M.S. Co–Director Hippocrates Health Institute, "Love Your Body or how to be a live food lover", 1974.
New Prices—New Products, Jul. 1985 order form.
The Sprout House Newsletter, Issue #15, Aug., 1992.
Posner et al., "Design and Synthesis of Bifunctional Isothiocyanate Analogs of Sulforaphane Correlation between structure and potency as Inducers of Anticarcinogenic Detoxication Enzymes", Journal of Medicinal Chemistry, vol. 37, No. 1, pp. 170–176, 1994.
Prochaska et al. "Rapid detective of inducers of enzymes that protect aginst carcinogens", Proc. Nat'l. Acad. Sci. USA vol. 89, pp. 2394–2388, Mar. 1992.

(List continued on next page.)

*Primary Examiner*—Leslie Wong

[57] **ABSTRACT**

A method of preparing a food product rich in glucosinolates wherein cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, are germinated, and sprouts are harvested prior to the 2-leaf stage, to form a food product containing a plurality of sprouts.

