UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

May 31, 2001

Paul M. Sandler, Esq.
Freishtat & Sandler
201 E. Baltimore St., Suite 1500
Baltimore, MD   21202

Phillip M. Andrews, Esq.
Kramon & Graham, P. A.
One South Street, Suite 2600
Baltimore, MD   21202

Anthony E. Figg
Rothwell, Figg, Ernst & Manbeck
555 - 13th Street, N. W.
Suite 701 East Tower
Washington, DC   20002

Re: Cruciferous Sprout Patent Litigation
MDL Docket No.: 1388

Dear Counsel:

Pursuant to the telephone conference held earlier today with Mr. Figg, Mr. Sandler and Mr. Andrews, I am entering the attached Scheduling Order on the Docket.

Very truly yours,

William M. Nickerson
United States District Court Judge

WMN/daf
CC: MDL Panel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * MDL Docket No. 1388 |
| CRUCIFEROUS SPROUT | * |
| PATENT LITIGATION | * |

SCHEDULING ORDER

This scheduling order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for good cause.**

### I. *DEADLINES and SCHEDULED PROCEEDINGS*

The pre-trial aspects of this action shall be bifurcated into two phases: 1) issues of patent construction, validity and enforceability; and 2) issues related to infringement and damages. The following deadlines and proceedings relate to the first phase only. After the Court has ruled on dispositive motions related to this first phase, an amended scheduling order will be issued to guide further proceedings, if necessary.

| | |
|---|---|
| *Telephone conference to confirm date for "Markman" hearing*[1] | June 8, 2001 at 11:00 am |
| *Report re deposition hours* | June 15, 2001 |
| *Telephone status conference* | June 26, 2001 at 3:00 pm |
| *Markman hearing*[2] | July 9, 2001 at 10:00 am |
| *Plaintiff's Rule 26(a)(2) disclosures re experts* | July 20, 2001 |

---

[1] The parties will also submit on this date a joint report including a pre-hearing schedule, and a determination as to whether witnesses shall be necessary for the hearing.

[2] The hearing will address issues of patent construction. If the parties are prepared at that time to present argument regarding issues of patent validity and enforceability, those issues may be addressed as well.

| | |
|---|---|
| *Defendants' Rule 26(a)(2) disclosures* | *August 10, 2001* |
| *Discovery deadline;* | *August 31, 2001* |
| *Requests for admission* | *September 7, 2001* |
| *Dispositive pretrial motions deadline* | *September 28, 2001* |

## II.   DISCOVERY

### Procedure

All the provisions of Local Rule 104 apply, including the following:

a. All written discovery requests must be served in time to assure that they are answered before the discovery deadline. An extension of the deadline will not be granted because of unanswered discovery requests.

b. The existence of a discovery dispute as to one matter does not justify delay in taking any other discovery. The filing of a motion to compel or a motion for a protective order will not result in a general extension of the discovery deadline.

c. No discovery materials, including Rule 26(a)(1) and Rule 26(a)(2) disclosures, should be filed with the court. If they are, they will not be returned by the Clerk but will be retained for seven days. Thereafter, unless retrieved by the filing party, they will be destroyed without further notice.

d. Motions to compel shall be filed in accordance with Local Rule 104.8.

e. Please be familiar with the Discovery Guidelines of this Court adopted September 11, 1995. If you do not have a copy of the Guidelines, you may obtain one through the Clerk's Office.

### Deposition Hours

Please confer with one another and report to me within 14 days of the date of this order concerning the number of hours of depositions which you believe is appropriate. If I have not

heard from you by that date, each side shall be limited to 20 hours of depositions of fact witness (including parties). (If you agree to another number of deposition hours and notify me of your agreement, you may consider your agreement approved unless you hear from me to the contrary within 10 days.) If there are two or more parties on a particular side, they must share the deposition time allotted to their side unless upon your request I otherwise rule. Any colloquy engaged in by counsel shall be counted against his/her client's deposition time.

### VII. COMPLIANCE WITH LOCAL RULES

The court will demand compliance with the Local Rules. If you need to obtain a copy of the Local Rules, they are available for purchase from the following companies:

>  The Daily Record
>  (410) 752-3849
>
>  Gremlin Press
>  (410) 255-8811
>
>  Lawyer's Coop
>  1-716-546-5530
>
>  Michie Company
>  1-804-972-7600
>
>  Rules Service Company
>  (301) 424-9402
>
>  West Publishing Company
>  (800) 328-9352

Date:_____           _____
                                          William M. Nickerson
                                          United States District Judge