IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

IN RE: CRUCIFEROUS SPROUT PATENT   *
LITIGATION
             * MDL 1388

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOINT MOTION FOR EXTENSION OF TIME
FOR FILING OF PLAINTIFFS' REPLY MEMORANDA

  The undersigned Lead and Liaison Counsel for the parties hereto, jointly request that the time for filing the Plaintiffs' Reply Memoranda to the Defendants Banner Mountain Sprouts, Inc. and Lawrence Ravitz's Response to Plaintiffs' Motion to Dismiss Counts II-VI, Plaintiffs' Reply Memorandum to Defendants Sunrise Farms, Frank and Becky Crikelair's Memorandum in Opposition to Plaintiffs' Motion to Drop National Institutes of Health and the Plaintiffs Reply to the Defendants Sunrise Farms, Frank and Becky Crikelair's Memorandum in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses and to Dismiss Counterclaims, each be extended to and including Friday, June 8, 2001.

| | |
|---|---|
| /s_____ | /s_____ |
| Philip M. Andrews | Paul Mark Sandler |
| Federal Bar No. 00078 | Federal Bar No. 00145 |
| Kramon & Graham, P.A. | Freishtat & Sandler |
| One South Street, Suite 2600 | 201 E. Baltimore Street, Suite 1500 |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 752-6030 | (410) 727-7740 |
| (410) 539-1269 (fax) | (410) 727-7356 |
| | |
| Defendants' Lead and Liaison Counsel | Plaintiffs' Lead and Liaison Counsel |

APPROVED THIS _____, DAY OF JUNE, 2001.

_____
William M. Nickerson,
United States District Judge