IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

IN RE: CRUCIFEROUS SPROUT PATENT      *
LITIGATION
                                       *      MDL 1388

* * * * * * * * * * * * * *

JOINT MOTION FOR EXTENSION OF TIME
FOR FILING OF PLAINTIFFS' REPLY MEMORANDA

The undersigned Lead and Liaison Counsel for the parties hereto, jointly request that the time for filing the Plaintiffs' Reply Memoranda to the Defendants Banner Mountain Sprouts, Inc. and Lawrence Ravitz's Response to Plaintiffs' Motion to Dismiss Counts II-VI, Plaintiffs' Reply Memorandum to Defendants Sunrise Farms, Frank and Becky Crikelair's Memorandum in Opposition to Plaintiffs' Motion to Drop National Institutes of Health and the Plaintiffs Reply to the Defendants Sunrise Farms, Frank and Becky Crikelair's Memorandum in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses and to Dismiss Counterclaims, each be extended to and including Friday, June 8, 2001.

_____ /with authority
Philip M. Andrews
Federal Bar No. 00078
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)

Defendants' Lead and Liaison Counsel

_____
Paul Mark Sandler
Federal Bar No. 00145
Freishtat & Sandler
201 E. Baltimore Street, Suite 1500
Baltimore, Maryland 21202
(410) 727-7740
(410) 727-7356

Plaintiffs' Lead and Liaison Counsel

APPROVED THIS ___4___ DAY OF JUNE, 2001.

_____
William M. Nickerson,
United States District Judge