IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: | * |
| CRUCIFEROUS SPROUT | MDL Docket No. 1388 |
| PATENT LITIGATION | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' JOINT MOTION FOR
PARTIAL SUMMARY JUDGMENT REGARDING
INVALIDITY OF THE PATENTS-IN-SUIT
(SUPPLEMENTING DEFENDANT HARMONY FARMS'
PRIOR SUMMARY JUDGMENT MEMORANDA)**

_____All Defendants, except Chau Minh Do, by their undersigned counsel, move, pursuant to Federal R. Civ. P. 56, for partial summary judgment on the basis of the invalidity of U.S. Patent Nos. 5,725,895; 5,968,567; and 5,968,505 (collectively "the Patents-in-Suit"). The grounds of this motion are:

1. There is no genuine dispute as to any material fact, and Defendants are entitled to partial summary judgment as a matter of law.

2. The claimed inventions of the Patents-in-Suit are anticipated by inherency under 35 U.S.C. Section 102.

3. The claimed inventions of the Patents-in-Suit are products of nature, and therefore are not patentable under 35 U.S.C. Section 101.

4. In support of this motion, the Defendants listed above hereby adopt and incorporate, as if fully set forth herein, the following pleadings:

   (a) Defendant Harmony Farms' Memorandum in Support of its Motion for Partial Summary Judgment Re: Validity of U.S. Patents Nos. 5,75,895; 5,968,567; and 5,968,505, originally filed in the matter styled *Brassica Protection Products LLC, et. al v. Harmony Farms, et al.,* Civil Action No. C00-1544Z (W.D. Wash.), which was transferred to this Court and docketed as Civil Action No. WMN 01-444;

   (b) the Supplemental Memorandum in Support of Harmony Farms' Motion for Partial Summary Judgment Re: Validity of U.S. Patents Nos. 5,725,895; 5,968,567; and 5,968,505, filed in this Court in Civil Action Nos. WMN-01-444 and 445; and

   (c) In accordance with Order, No. 2, Defendants' Supplemental Memorandum in Support of their Joint Motion for Partial Summary Judgment Regarding Invalidity of the Patents-in-Suit, filed herewith in the above-captioned MDL action.

   Respectfully submitted,

/s Philip M. Andrews (Federal Bar No. 00078)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410- 752-6030
Fax: 410-539-1269

*Defendants' Lead and Liaison Counsel*
     *and*
*Attorneys for Defendants Edrich Farms, Inc.,*

*Edward F. Stanfield, Jr., Richard Stanfield, Edward B. Stanfield, III and Sally F. Stanfield*

Delbert J. Barnard
Barnard & Pauly, P.S.
947 Powell Avenue, SW, Suite 105
Renton, Washington 98055
Phone:  (206) 246-0568
Fax:  (206) 243-4618

*Attorneys for Harmony Farms, LLC, Lorna M. Lynn and Gregory H. Lynn, and for Robert L. Rust and International Specialty Supply, LLC*

Joseph A. Kromholz
Dan Johnson
Ryan Kromhoz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin  53226-0618
Phone: (262)  783-1300
Fax:  (262)  783-1211

*Attorneys for Sunrise Farms, Inc., Frank Crikelair and Becky Crikelair*

Donald W. Ullrich, Jr.
P.O Box 160007
Sacramento, California 95816-0007
Phone:  (916)  441-4554
Fax:     (916)  441-5465

*Attorney for Banner Mountain Sprouts, Inc. and Lawrence Ravitz*

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2001, copies of the foregoing Defendants' Joint Motion for Partial Summary Judgment Regarding Invalidity of the Patents-In-Suit, and supporting Memorandum, were hand-delivered to:

> Paul Mark Sandler, Esquire
> W. Michael Mullen, Esquire
> Freishtat & Sandler
> 201 E. Baltimore Street, Suite 1500
> Baltimore, Maryland 21202
> *Liaison Counsel for Plaintiffs Brasssica Protection Products L.L.C. and Johns Hopkins University*

and were sent by first-class mail, postage prepaid, to:

> Mr. Chau Minh Do
> 16220 Compromise Court
> Mount Airy, Maryland 21771

_____
Philip M. Andrews