IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN RE:                              *

CRUCIFEROUS SPROUT              *        MDL Docket No. 1388
PATENT LITIGATION
                                    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' NOTICE OF EXHIBITS FILED IN HARD COPY**

Pursuant to the Administrative Order Re: ECF System entered on April 30, 2001 in

the above-mentioned matter, Defendants listed below hereby give notice that, attached to

their Supplemental Memorandum in Support of their Joint Motion Regarding Invalidity

of the Patents-In-Suit presented for electronic filing on June 7, 2001, are hard copies of

Exhibits A through O.

_____
/s Philip M. Andrews (Federal Bar No. 00078)
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202
Phone:  (410) 752-6030
Fax:  (410) 539-1269
*Lead and Liaison Counsel for Defendants*
*Edrich Farms, Inc., Edward F. Stanfield, Jr.,*
*Richard Stanfield, Edward B. Stanfield, III,*
*and Sally F. Stanfield*

**CERTIFICATE OF SERVICE**

-1-

I HEREBY CERTIFY that on this 7th day of June, 2001, a copy of the foregoing

Defendants' Notice of Exhibits Filed in Hard Copy was sent by hand-delivery to:

Paul Mark Sandler, Esquire
W. Michael Mullen, Esquire
Freishtat & Sandler
201 E. Baltimore Street, Suite 1500
Baltimore, Maryland  21202
*Liaison Counsel for Plaintiffs*
*Brasssica Protection Products, L.L.C.*
*and Johns Hopkins University*

and by first-class mail, postage prepaid, to:

Chau Minh Do
16220 Compromise Court
Mount Airy, Maryland  21771


_____
Philip M. Andrews