June 21, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

                 Re:    In Re:  Cruciferous Sprout Patent Litigation
                            MDL Docket No. 1388

Dear Judge Nickerson:

      I write regarding Section I of the June 1, 2001 Scheduling Order issued in the above-mentioned matter and, in particular, the deadlines for the parties' Rule 26(a)(2) disclosures regarding experts.  As Your Honor may recall during our last status conference call, Plaintiffs' counsel suggested that for issues of patent invalidity and enforceability, Defendants bear the burden of proof, and, for that reason, asserted that Defendants should make their expert disclosures regarding those topics first.

      Defendants do not dispute that they bear the burden of proof with respect to issues bearing on patent invalidity and enforceability. Accordingly, I can report that Defendants will agree to make their Rule 26(a)(2) expert disclosures on those issues first, on or before July 20, 2001.  Plaintiffs' Rule 26(a)(2) disclosure deadline for those two issues will switch to August 10, 2001, the date the Scheduling Order originally set for Defendants' disclosures.

Hon. William M. Nickerson
June 21, 2001
Page 2
_____

    Thank you for your attention to this matter.

                                        Respectfully,


                                  /s Philip M. Andrews,
                                    Liaison and Lead Counsel
                                    for Defendants, except Chau Minh Do

PMA/bew
cc:    William Michael Mullen, Esquire
           By Facsimile (410) 727-7356 and First-Class Mail
       Paul Mark Sandler, Esquire
           By Facsimile (410) 727-7356 and First-Class Mail
       Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
       Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
       Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465
       Mr. Chau Minh Do - By First-Class Mail

Hon. William M. Nickerson
June 21, 2001
Page 3
_____

BCC: Sally Fite Stanfield, Esquire (w/encls.)