LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

June 21, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   In Re: Cruciferous Sprout Patent Litigation
               MDL Docket No. 1388

Dear Judge Nickerson:

    I write regarding Section I of the June 1, 2001 Scheduling Order issued in the above-mentioned matter and, in particular, the deadlines for the parties' Rule 26(a)(2) disclosures regarding experts. As Your Honor may recall during our last status conference call, Plaintiffs' counsel suggested that for issues of patent invalidity and enforceability, Defendants bear the burden of proof, and, for that reason, asserted that Defendants should make their expert disclosures regarding those topics first.

    Defendants do not dispute that they bear the burden of proof with respect to issues bearing on patent invalidity and enforceability. Accordingly, I can report that Defendants will agree to make their Rule 26(a)(2) expert disclosures on those issues first, on or before July 20, 2001. Plaintiffs' Rule 26(a)(2) disclosure deadline for those two issues will switch to August 10, 2001, the date the Scheduling Order originally set for Defendants' disclosures.

Case 1:01-md-01388-WMN   Document 23   Filed 06/22/2001   Page 2 of 2

Hon. William M. Nickerson
June 21, 2001
Page 2

---

       Thank you for your attention to this matter.

                          Respectfully,

                          /s Philip M. Andrews.
                          Liaison and Lead Counsel
                          for Defendants, except Chau Minh Do

PMA/bew
cc:    William Michael Mullen, Esquire
          By Facsimile (410) 727-7356 and First-Class Mail
    Paul Mark Sandler, Esquire
          By Facsimile (410) 727-7356 and First-Class Mail
    Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
    Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
    Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465
    Mr. Chau Minh Do - By First-Class Mail

00690/0/00020490.WPDv1