IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE CRUCIFEROUS SPROUT LITIGATION ) | Civil Action No.: MDL-1388 |
| ) | Hon. William M. Nickerson |

**PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT THAT
THE PATENTS-IN-SUIT ARE NOT INVALID**

Plaintiffs Brassica Protection Products LLC and Johns Hopkins University hereby move the court for summary judgment that claims 1-6 of U.S. Patent No. 5,725,895, claims 1 and 8 of U.S. Patent No. 5,968,567, and claims 1 and 16 of U.S. Patent No. 5, 968,505 are not invalid under 35 U.S.C. § 102 as anticipated by the prior art. Plaintiffs' motion should be granted for at least the following reasons:

1) The uncontroverted evidence of record establishes that the above-referenced claims are not anticipated by the prior art, either expressly or inherently, and that the plaintiffs are entitled to judgment as a matter of law; and

2) The Patent and Trademark Office has determined on four separate occasions that the inventions claimed in the above-referenced patents are patentable over the prior art upon which defendants rely.

The reasons for granting this motion are set forth in detail in the accompanying "Plaintiffs' Memorandum On Claim Construction And In Opposition To Defendants' Joint Motion For Partial

Summary Judgment Re: Invalidity Of The Patents-In-Suit, And Plaintiffs' Memorandum In Support of Plaintiffs' Cross Motion For Summary Judgment That The Patents-In-Suit Are Not Invalid," and supporting exhibits.

        Respectfully submitted,

_____
E. Anthony Figg
Joseph A. Hynds
/s/Mark I. Bowditch
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Suite 701 East Tower
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 783-6040 tel.
(202) 783-6031 fax
*Lead Counsel and Co-Liaison Counsel for Plaintiffs*

*Co-Liaison Counsel for Plaintiffs*:
Paul Mark Sandler (Fed. Bar No. 00145)
William Michael Mullen (Fed. Bar No. 11015)
Freishtat and Sandler
201 E. Baltimore Street
Suite 1500
Baltimore, MD 21202
(410) 727-7740 tel.
(410) 727-7356 fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the following documents:

1) **PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT THAT THE PATENTS-IN-SUIT ARE NOT INVALID**

2) **PLAINTIFFS' MEMORANDUM ON CLAIM CONSTRUCTION AND IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT RE: INVALIDITY OF THE PATENTS-IN-SUIT, AND PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT THAT THE PATENTS-IN-SUIT ARE NOT INVALID, with Annex of Exhibits 1-16 and Annex of cases**

3) **PLAINTIFFS' NOTICE OF EXHIBITS FILED IN HARD COPY**

were caused to be served on the 8th day of June, 2001, by hand delivery, to:

> Philip M. Andrews
> Kramon & Graham, P.A.
> One South Street
> Suite 2600
> Baltimore, Maryland 21202,

_____
/s/Mark I. Bowditch