IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| IN RE CRUCIFEROUS SPROUT LITIGATION | Civil Action No.: MDL-1388<br>Hon. William M. Nickerson |

**PLAINTIFFS' NOTICE OF EXHIBITS FILED IN HARD COPY**

Plaintiffs hereby give notice that, attached to their Memorandum On Claim Construction And In Opposition To Defendants' Joint Motion For Partial Summary Judgment Re: Invalidity Of The Patents-In-Suit, And Plaintiffs' Memorandum In Support of Plaintiffs' Cross Motion For Summary Judgment That The Patents-In-Suit Are Not Invalid, filed electronically with the court on July 2, 2001, are hard copies of Exhibits 1 through 16.

Respectfully submitted,

_____
E. Anthony Figg
Joseph A. Hynds
/s/Mark I. Bowditch
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
555 Thirteenth Street, N.W., Suite 701 East Tower
Washington, DC 20004
(202) 783-6040 tel.
(202) 783-6031 fax
*Lead Counsel and Co-Liaison Counsel for Plaintiffs*

*Co-Liaison Counsel for Plaintiffs*:
Paul Mark Sandler (Fed. Bar. No. 00145)
William Michael Mullen (Fed. Bar No. 11015)
Freishtat and Sandler
201 E. Baltimore Street, Suite 1500
Baltimore, MD 21202
(410) 727-7740 tel.
(410) 727- 7356 fax