July 6, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Judge
310 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

                Re:    In Re: Cruciferous Sprout Patent Litigation
                         MDL Docket No. 1388

Dear Judge Nickerson:

     As a follow-up to my June 15, 2001 letter, I write regarding the number of fact witness deposition hours to be allotted to the Defendants during the first phase of this litigation, with its discovery deadline of August 31, 2001.

     Given the information currently available to them–for example, Plaintiffs' discovery responses are not due to be served upon defense counsel until late next week--Defendants estimate that they will need 35 to 50 hours of fact witness deposition time during this first phase, and request that the 20-hour limit set forth in the May 31, 2001 Scheduling Order be increased for the Defendants accordingly. Mr. Mullen, on behalf of the Plaintiffs, has authorized me to state that his clients do not object to the Court's doing so.

     Thank you for your attention to this matter.

                              Respectfully,

Hon. William M. Nickerson
July 6, 2001
Page 2
_____

                                        /s
                                        Philip M. Andrews,
                                        Liaison and Lead Counsel
                                        for Defendants

PMA/bew
cc:    Listed on Following Page

cc:    Paul Mark Sandler, Esquire (Hand-Delivery)
        W. Michael Mullen, Esquire (Hand-Delivery)
        Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
        Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
        Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465
        Mr. Chau Minh Do - By First-Class Mail

//NICKER~1.WPDv1