03/2001 14:54 FAX 202 783 3071     ROTHWELL,FIGG,ERNST&MANB     ☒011/013

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| BRASSICA PROTECTION PRODUCTS LLC<br>and JOHNS HOPKINS UNIVERSITY<br><br>Plaintiffs,<br><br>v.<br><br>CHAU MINH DO,<br>d/b/a VEG-PACK<br><br>Defendant. | Civil Action No. WMN-00-2950 |

## CONSENT JUDGMENT

The parties hereto, Brassica Protection Products LLC and Johns Hopkins University (collectively "Plaintiffs") and Chau Minh Do, d/b/a Veg-Pack ("Defendant"), having consented to judgment as follows, IT IS ORDERED THAT:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Judgment is hereby entered in favor of Plaintiffs and against Defendant on Plaintiffs' claims for infringement of United States Patent Nos. 5,725,895 (the "'895 patent"), 5,968,505 (the "'505 patent") and 5,968,567 (the "'567 patent").

3. Defendant acknowledges the validity and enforceability of the '895, '505 and '567 patents, and waives all defenses and counterclaims which were raised and/or could have been raised in this action regarding the '895, '505 and '567 patents.

4. Each party is to bear its own costs and attorney fees.

5. Defendant, his officers, agents, servants, employees, attorneys and those persons or entities in active concert or participation with him who received actual notice of the order by personal service or otherwise, are hereby PERMANENTLY ENJOINED in the United States

05/03/2001 14:54 FAX 202 783 3071        ROTHWELL,FIGG,ERNST&MANB                    ⌀012/013

from making, using, selling, offering to sell or importing, or inducing others to make, use, sell, offer to sell or import: (a) the products sold under the trade name Rainbow Gold; (b) any food product rich in glucosinates made by germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage, (c) any food product comprising cruciferous sprouts containing high Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates made by identifying seeds which produce those sprouts, with the exception of *Brassica oleracea capitata, Lepidium sativum, Sinapis alba, Sinapis nigra* and *Raphanus sativus* sprouts, germinating the seeds and harvesting the sprouts between the onset of germination up to and including the two-leaf stage; and (d) any food product which increases the chemoprotective amount of Phase 2 enzymes in a mammal, or reduces the level of carcinogens in a mammal, which is made by identifying seeds which produce cruciferous sprouts described in subsection (c) above, germinating the seeds, harvesting the sprouts between the onset of germination up to and including the two leaf stage to form the food product, and administering that food product, or a non-toxic extract of that food product, to the mammal.

This PERMANENT INJUNCTION shall be effective until either (1) the expiration of United States Patent Nos. 5,725,895, 5,968,505 and 5,968,567; or (2) the claims in United States Patent Nos. 5,725,895, 5,968,505 and 5,968,567 are held invalid in a final order or judgment of a court of competent jurisdiction that has not or cannot be appealed.

6.  The Court retains jurisdiction to enforce this Order.

07/03/2001 14:54 FAX 202 783 3071      ROTHWELL, FIGG, ERNST&MANB      ☒013/013

      The parties hereby stipulate to the foregoing facts and consent to entry of judgment as set forth above.

_/s/ Paul Mark Sandler_
Paul Mark Sandler
FREISHTAT & SANDLER
201 E. Baltimore Street, Suite 1500
Baltimore, MD 21202

E. Anthony Figg
Joseph A. Hynds
ROTHWELL, FIGG, ERNST
   & MANBECK, P.C.
555 Thirteenth Street, N.W., Suite 701E
Washington, DC 20004

Attorneys for Plaintiffs

So ORDERED.

_/s/ Chau Minh Do_
Chau Minh Do, d/b/a Veg-Pack
16220 Compromise Ct.
Mt. Airy, Maryland, 21771.

7, 3, 2
Date

_/s/ William M. Nickerson_
Honorable William M. Nickerson
USDC District of Maryland

CONSENT.JUD

- 3 -