Law Offices
# KRAMON & GRAHAM, P. A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201

Telephone: (410) 752-6030
Facsimile: (410) 539-1269

www.kramonandgraham.com

Philip M. Andrews
Direct Dial
(410) 347-7427

Also Admitted in DC

E-Mail
pandrews@kg-law.com

July 6, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Judge
310 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   In Re: Cruciferous Sprout Patent Litigation
              MDL Docket No. 1388

Dear Judge Nickerson:

As a follow-up to my June 15, 2001 letter, I write regarding the number of fact witness deposition hours to be allotted to the Defendants during the first phase of this litigation, with its discovery deadline of August 31, 2001.

Given the information currently available to them–for example, Plaintiffs' discovery responses are not due to be served upon defense counsel until late next week-- Defendants estimate that they will need 35 to 50 hours of fact witness deposition time during this first phase, and request that the 20-hour limit set forth in the May 31, 2001 Scheduling Order be increased for the Defendants accordingly. Mr. Mullen, on behalf of the Plaintiffs, has authorized me to state that his clients do not object to the Court's doing so.

Thank you for your attention to this matter.

                            Respectfully,

                            /s
                            Philip M. Andrews,
                            Liaison and Lead Counsel
                            for Defendants

*APPROVED*
*July 9, 01*
*[signature] Nickerson*

PMA/bew
cc:   Listed on Following Page

Hon. William M. Nickerson
July 6, 2001
Page 2

cc: Paul Mark Sandler, Esquire (Hand-Delivery)
W. Michael Mullen, Esquire (Hand-Delivery)
Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465
Mr. Chau Minh Do - By First-Class Mail

00690/0/00021948.WPDv1