July 19, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

>    Re:   In Re:  Cruciferous Sprout Patent Litigation
>          MDL Docket No. 1388

Dear Judge Nickerson:

I write regarding two pleadings filed by the Defendants last Monday -- Defendants' Joint Reply to Memorandum on Claim Construction ("the Claim Construction Memorandum"), and Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment that the Patents-In-Suit are Not Invalid (the "Cross-Motion Memorandum")-- for the purpose of bringing to the Court's attention the following corrections of typographical errors.  The corrections are underlined for ease of reference.

**Claim Construction Memorandum**

(A)   Page 3, line 8:  the sentence should read-- "Single letter exhibit references refer to exhibits attached to Memoranda I and III."

(B)   Page 5, line 3:  the sentence should read-- "It is clear that the Examiner did not consider the applicable case law."

(C)   Page 6, line 9:  the sentence should read-- "One of these cases, *Bristol-Myers Squibb Co. v. Ben-Venue Laboratories, Inc.*, 246 F.3d 1368 (Fed. Circ. 2001), was not decided until after the reexamination and could not have been considered by the Examiner."

Hon. William M. Nickerson
July 19, 2001
Page 2
_____


    (D)    Page 10, the last sentence of the carryover paragraph should read-- "The preambles are <u>not</u> necessary to give life, meaning, or vitality to the claims."

In addition, on Page ii of the Appendix to the Claim Construction Memorandum, the sentence starting on line 11 should read: "However, whether or not a given sprout is 'rich in glucosinolates' is <u>not</u> a 'result' of the method."

**Cross-Motion Memorandum**

The reference to Sections 101 and 102(b) in the Cross-Motion Memorandum are found in Volume 35 of the U.S. Code, not Volume 24.

Defendants regret any inconvenience this may have caused the Court. If Your Honor prefers that revised Memoranda containing these corrections be submitted, I trust you will let counsel know.

Thank you for your consideration.

                        Respectfully,


                        /s Philip M. Andrews

PMA/bew
cc:    William Michael Mullen, Esquire
           By Facsimile (410) 727-7356 and First-Class Mail
      Paul Mark Sandler, Esquire
           By Facsimile (410) 727-7356 and First-Class Mail
      Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
      Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
      Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465

Hon. William M. Nickerson
July 19, 2001
Page 3
_____

BCC:  Sally Fite Stanfield, Esquire