IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN RE: CRUCIFEROUS SPROUT PATENT    *
LITIGATION
                                    *    MDL Docket No.: 1388
                                    *

*   *   *   *   *   *   *   *   *   *   *   *   *

<u>ORDER PERMITTING ELECTRONIC EQUIPMENT</u>

IT IS THIS _____ day of July, 2001, ORDERED, that counsel for the Plaintiffs, E. Anthony Figg, Joseph A. Hynds, and William Michael Mullen are permitted to bring to the Court a laptop computer, LCD imaging equipment and related electronics for the purposes of their oral argument before the Court in the above captioned matter and it is

FURTHER ORDERED, that Courthouse security personnel are instructed to permit counsel for the Plaintiff to bring the aforementioned equipment into the Courthouse on July 23, 2001.

_____
William M. Nickerson, District Judge