IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -8  P 2: 06

IN RE:                        *
                              *
CRUCIFEROUS SPROUT            *    MDL Docket No. 1388   CLERK'S OFFICE
PATENT LITIGATION             *                          AT BALTIMORE
                              *
                                                         _____DEPUTY
        * * * * * * *

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 8th day of August, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion for Partial Summary Judgment Regarding Invalidity of Patents in Suit, Paper No. 15, is GRANTED;

2. That Plaintiffs' Cross Motion for Partial Summary Judgment that the Patents-in-Suit Are Not Invalid, Paper No. 24, is DENIED;

3. That the parties are to submit to the Court a Joint Status Report on or before August 24, 2001; and

4. That the Clerk of this Court is to transmit this memorandum and order to all counsel of record.

_____
William M. Nickerson
United States District Judge