August 24, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

        Re:    In Re:  Cruciferous Sprout Patent Litigation
                  MDL Docket No. 1388

Dear Judge Nickerson:

     I write regarding the joint status report presently required to be submitted on or before August 24, 2001, as set forth in the Court's Memorandum and Order, both dated August 8, 2001.

     After conferring with defense counsel and with Plaintiffs' liaison counsel, the parties jointly request that the time for submitting the status report be extended until Friday, August 31, 2001.  The vacation schedules of counsel have prevented us from having adequate time to confer and prepare a meaningful joint report, which would assist the Court.

     Thank you for your consideration of this matter.

                          Respectfully,


                          /s Philip M. Andrews

PMA/bew
cc: Listed on Following Page

Hon. William M. Nickerson
August 24, 2001
Page 2
_____

cc:   Paul Mark Sandler, Esquire
            By Facsimile (410) 727-7356 and First-Class Mail
      William Michael Mullen, Esquire
            By Facsimile (410) 727-7356 and First-Class Mail
      Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
      Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
      Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465

Hon. William M. Nickerson
August 24, 2001
Page 3
_____

BCC:  Sally Fite Stanfield, Esquire