LAW OFFICES

KRAMON & GRAHAM, P. A.

ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

JUDGE WILLIAM M. NICKERSON

AUG 24 2001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 29 P 4: 48

AT BALTIMORE

DEPUTY

August 24, 2001

**BY HAND-DELIVERY**

The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

Re:    In Re:  Cruciferous Sprout Patent Litigation
        MDL Docket No. 1388

Dear Judge Nickerson:

I write regarding the joint status report presently required to be submitted on or before August 24, 2001, as set forth in the Court's Memorandum and Order, both dated August 8, 2001.

After conferring with defense counsel and with Plaintiffs' liaison counsel, the parties jointly request that the time for submitting the status report be extended until Friday, August 31, 2001.  The vacation schedules of counsel have prevented us from having adequate time to confer and prepare a meaningful joint report, which would assist the Court.

Thank you for your consideration of this matter.

Respectfully,

/s Philip M. Andrews

PMA/bew
cc:  Listed on Following Page

" THIS 29th DAY
OF _____ , 20__

UNITED STATES DISTRICT JUDGE