August 31, 2001

**HAND DELIVER**

The Honorable William M. Nickerson
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    In Re: Cruciferous Sprout Patent Litigation MDL 1388

Dear Judge Nickerson:

      In accordance with the Court's August 8, 2001 Memorandum and Order, Liaison Counsel have discussed the current status of this litigation and are in a position to make the following joint recommendations to the Court.

      As noted in Section IV of the August 8 Memorandum, Your Honor's decision is dispositive of the Plaintiffs' action for patent infringement. Plaintiffs wish to appeal that ruling. The parties therefore are in agreement that the procedures mandated by Rule 54(b) of the Federal Rules of Civil Procedure should be followed and the Court should enter final judgment on the Plaintiffs' patent infringement claims. This will permit the Plaintiffs to present their arguments on appeal to the Federal Circuit.

      The parties further recognize that in addition to the Plaintiffs' claims, various Defendants have filed counterclaims which have not been adjudicated. The parties have jointly concluded that all further actions in this litigation should be stayed pending the outcome on appeal. This stay would extend to all of the counterclaims and to the time for filing any claims for attorneys' fees which may ultimately be advanced.

      Accordingly, the parties respectfully request that Your Honor direct the entry of final judgment as permitted by Rule 54(b) and make the express determination that there is no just reason for delay. Should Your Honor require anything further from counsel, or conclude that a teleconference or meeting is appropriate, counsel will, of course, cooperate.

The Honorable William M. Nickerson
Page 2
August 31, 2001


      Counsel are discussing the language of a proposed Order for Your Honor's review and will be in a position to present the proposed Order to Your Honor early next week.

Respectfully submitted,

| | |
|---|---|
| *[signature]* | *[signature]* |
| Paul Mark Sandler | Philip M. Andrews |
| FREISHTAT & SANDLER | KRAMON & GRAHAM, P.A. |
| 1500 One Calvert Plaza | One South Street |
| 201 East Baltimore Street | Suite 2600 |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 727-7740 | (410) 752-6030 |
| | |
| Liaison Counsel for Plaintiffs | Liaison Counsel for Defendants |

PMS/da