September 14, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

                Re:    In Re: Cruciferous Sprout Patent Litigation
                       MDL Docket No. 1388

Dear Judge Nickerson:

     We write to follow up the joint status report submitted to Your Honor on August 31, 2001, and to advise the Court that counsel for all parties are still discussing the contents of the proposed joint Order, respecting a Rule 54(b) determination and judgment, as mentioned in the August 31 report. Liaison counsel hope to submit that proposed Order by next Friday, September 21, 2001.

     We trust that proceeding in this manner and at this pace will be acceptable to the Court, and we appreciate your attention to this matter.

                                           Respectfully,

| /s Paul Mark Sandler | /s Philip M. Andrews |
|---|---|
| Freishtat & Sandler | Kramon & Graham, P.A. |
| 1500 One Calvert Plaza | One South Street |
| 201 East Baltimore Street | Suite 2600 |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 727-7740 | (410) 752-6030 |
| *Liaison Counsel for Plaintiffs* | *Liaison Counsel for Defendants* |

PMA/bew
cc:    Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
        Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
        Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465

Hon. William M. Nickerson
September 14, 2001
Page 2
_____

BCC:  Sally Fite Stanfield, Esquire

//NICK914.WPDv1