

September 14, 2001

JUDGE WILLIAM M. NICKERSON

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

        Re:   In Re: Cruciferous Sprout Patent Litigation
                  MDL Docket No. 1388

Dear Judge Nickerson:

    We write to follow up the joint status report submitted to Your Honor on August 31, 2001, and to advise the Court that counsel for all parties are still discussing the contents of the proposed joint Order, respecting a Rule 54(b) determination and judgment, as mentioned in the August 31 report. Liaison counsel hope to submit that proposed Order by next Friday, September 21, 2001.

    We trust that proceeding in this manner and at this pace will be acceptable to the Court, and we appreciate your attention to this matter.

                      Respectfully,

/s Paul Mark Sandler                       /s Philip M. Andrews
Freishtat & Sandler                         Kramon & Graham, P.A.
1500 One Calvert Plaza                  One South Street
201 East Baltimore Street              Suite 2600
Baltimore, Maryland 21202           Baltimore, Maryland 21202
(410) 727-7740                             (410) 752-6030
*Liaison Counsel for Plaintiffs*          *Liaison Counsel for Defendants*

PMA/bew
cc:   Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
       Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
       Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465

UNITED STATES DISTRICT JUDGE