September 21, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

        Re:   In Re:  Cruciferous Sprout Patent Litigation
                  MDL Docket No. 1388

Dear Judge Nickerson:

     We write to follow up our September 14, 2001 letter regarding the parties' efforts to prepare and submit an agreed Rule 54(b) Determination and Rule 54 Judgment for the Court's consideration in the above-mentioned matter. Because of the logistics of drafting and review on the Defendants' side, their Liaison Counsel will not be able to provide Plaintiffs' Liaison counsel with their response to Plaintiffs' proposed Order until this afternoon. Accordingly, the parties request an additional week, to and including Friday, September 28, 2001, to submit their Rule 54(b) documents to the Court.

     We appreciate Your Honor's patience in this matter.

                          Respectfully,

| | |
|---|---|
| /s Paul Mark Sandler | /s Philip M. Andrews |
| Freishtat & Sandler | Kramon & Graham, P.A. |
| 1500 One Calvert Plaza | One South Street |
| 201 East Baltimore Street | Suite 2600 |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 727-7740 | (410) 752-6030 |
| *Liaison Counsel for Plaintiffs* | *Liaison Counsel for Defendants* |

PMA/bew
cc:   Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
       Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
       Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465

Hon. William M. Nickerson
September 21, 2001
Page 2
_____

BCC: Sally Fite Stanfield, Esquire