September 21, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

      Re: In Re: Cruciferous Sprout Patent Litigation
         MDL Docket No. 1388

Dear Judge Nickerson:

  We write to follow up our September 14, 2001 letter regarding the parties' efforts to prepare and submit an agreed Rule 54(b) Determination and Rule 54 Judgment for the Court's consideration in the above-mentioned matter. Because of the logistics of drafting and review on the Defendants' side, their Liaison Counsel will not be able to provide Plaintiffs' Liaison counsel with their response to Plaintiffs' proposed Order until this afternoon. Accordingly, the parties request an additional week, to and including Friday, September 28, 2001, to submit their Rule 54(b) documents to the Court.

  We appreciate Your Honor's patience in this matter.

              Respectfully,

/s Paul Mark Sandler      /s Philip M. Andrews
Freishtat & Sandler       Kramon & Graham, P.A.
1500 One Calvert Plaza     One South Street
201 East Baltimore Street    Suite 2600
Baltimore, Maryland 21202   Baltimore, Maryland 21202
(410) 727-7740        (410) 752-6030
*Liaison Counsel for Plaintiffs*   *Liaison Counsel for Defendants*

PMA/bew
cc: Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
   Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
   Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465