IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: | * |
| CRUCIFEROUS SPROUT | MDL Docket No. 1388 |
| PATENT LITIGATION | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT UNDER RULE 54(b)

By Memorandum and Order issued August 8, 2001, this Court: (a) granted Defendants' Motion for Partial Summary Judgment Regarding Invalidity of the Patents-In-Suit; (b) denied Plaintiffs' Cross Motion for Partial Summary Judgment that the Patents-In-Suit Are not Invalid; (c) construed the claims of the patents-in-suit that were the subject of that motion.  As a result of the August 8, 2001 Order, and Plaintiffs' subsequent stipulation that the remaining claims of the patents-in-suit will not be asserted against the Defendants, the rulings set forth in that Memorandum and Order were dispositive of Plaintiffs' patent infringement cause of action.  For the reasons set forth in the Rule 54(b) Determination memorandum issued this date, the Court finds that there is no just reason for delay and hereby directs that a final judgment against Plaintiffs be entered pursuant to F.R.Civ.P. 54(b).

Accordingly:

1. Judgment shall be, and is hereby, entered in favor of Defendants against Plaintiffs, dismissing all of Plaintiffs' claims with prejudice; and

2. The pending counterclaims, and the time for filing any claims for attorneys' fees which may ultimately be advanced in this action, and any costs to be awarded in this action, be and are hereby stayed, upon consent of all parties, pending further Order of this Court.

SO ORDERED this _____ day of _____, 2001.

_____
William M. Nickerson,
United States District Judge