September 28, 2001

**BY HAND-DELIVERY**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

                Re:   In Re:  Cruciferous Sprout Patent Litigation
                       MDL Docket No. 1388

Dear Judge Nickerson:

     The parties have agreed upon, and enclose, an original and two copies of a Rule 54(b) Determination and Judgment Under Rule 54(b) for Your Honor's consideration in the above-mentioned matter. If the Court wishes any further information, input, or drafting by counsel, I trust you will let us know.

     We appreciate your patience and attention to this matter.

                                  Respectfully,

| | |
|---|---|
| /s Paul Mark Sandler | /s Philip M. Andrews |
| Freishtat & Sandler | Kramon & Graham, P.A. |
| 1500 One Calvert Plaza | One South Street |
| 201 East Baltimore Street | Suite 2600 |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 727-7740 | (410) 752-6030 |
| *Liaison Counsel for Plaintiffs* | *Liaison Counsel for Defendants* |

PMA/bew
cc:    Delbert J. Barnard, Esquire - By Facsimile (206) 243-4618
        Joseph A. Kromholz, Esquire - By Facsimile (262) 783-1211
        Donald W. Ullrich, Jr., Esquire - By Facsimile (916) 441-5465

Hon. William M. Nickerson
September 28, 2001
Page 2
_____

BCC: Sally Fite Stanfield, Esquire