# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

|  |  |
|---|---|
| IN RE CRUCIFEROUS SPROUT LITIGATION ) ) ) ) | Civil Action No.: MDL-1388<br>Hon. William M. Nickerson |

## NOTICE OF APPEAL

Notice is hereby given that Brassica Protection Products LLC and Johns Hopkins University in the above named consolidated action hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order, and accompanying Rule 54(b) Determination, entering final judgment under Fed. R. Civ. P. Rule 54(b) in favor of Defendants and against Plaintiffs, dismissing all of the Plaintiffs' claims with prejudice, entered in this action on October 1, 2001.

E. Anthony Figg
Joseph A. Hynds
Mark I. Bowditch
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Suite 701 East Tower
555 Thirteenth Street, N.W.
Washington, DC 20004

(202) 783-6040 tel.
(202) 783-6031 fax

*Lead Counsel and Co-Liaison Counsel for Plaintiffs*

*[signature]*
Paul Mark Sandler (Fed. Bar No. 00145)
William Michael Mullen (Fed. Bar No. 11015)
Freishtat and Sandler
201 E. Baltimore Street
Suite 1500
Baltimore, MD 21202
(410) 727-7740 tel.
(410) 727-7356 fax
*Co-Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of October 2001, a copy of the foregoing Notice of Appeal was hand delivered to:

Philip M. Andrews, Esquire
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202

Liaison Counsel for Defendants

*[signature]*
William Michael Mullen (Fed. Bar No. 11015)
Freishtat and Sandler
201 E. Baltimore Street
Suite 1500
Baltimore, MD 21202

(410) 727 7740 tel.
(410) 727-7356 fax

*Co-Liaison Counsel for Plaintiffs*

2