IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| IN RE CRUCIFEROUS SPROUT LITIGATION ) ) ) ) | Civil Action No.: MDL-1388<br>Hon. William M. Nickerson |

**CERTIFICATION UNDER FED. R. APP. PROC. 10(b)(1)(B)**

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiffs/Appellants Brassica Protection Products LLC and Johns Hopkins University certify that no transcripts will be ordered, as the transcript of the July 23, 2001 hearing on Defendants' motion for partial summary judgment has already been ordered and is on file with the District Court.

Respectfully submitted,

_____
E. Anthony Figg
Joseph A. Hynds
Mark I. Bowditch
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Suite 701 East Tower
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 783-6040 tel.
(202) 783-6031 fax
*Lead Counsel and Co-Liaison Counsel for Plaintiffs*

Paul Mark Sandler (Fed. Bar No. 00145)
William Michael Mullen (Fed. Bar no. 11015)
Freishtat and Sandler
201 E. Baltimore Street
Suite 1500
Baltimore, MD 21202
(410) 727-7740 tel.
(410)727-7356 fax
*Co-Liaison Counsel for Plaintiffs*