IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN RE:                                              *
CRUCIFEROUS SPROUT
PATENT LITIGATION                    *        MDL Docket No. 1388

                                                    *
*******************************************************************

## DEFENDANTS' MOTION TO LIFT STAY

Defendants, by their undersigned counsel, move to lift the stay of their pending counterclaims, and the time for filing claims for attorneys' and costs.  The grounds for this motion are:

1.      Following this Court's grant of the Defendants' Motion for Partial Summary Judgment Regarding Invalidity of Patents in Suit, and this Court's denial of Plaintiffs' Cross-Motion regarding invalidity, the Court, upon consent of all parties, entered a Judgment Under Rule 54(b) in this action on October 1, 2001.   A copy of the Rule 54(b) judgment is attached hereto as Exhibit A ("the Judgment").

2.      The Judgment, *inter alia*, stayed the Defendants' pending counterclaims, and stayed the time for filing any claims for attorneys' fees and for costs to be awarded in this action, for the duration of  Plaintiffs' appeal to the United States Court of Appeals for the Federal Circuit.

2.      The Federal Circuit has affirmed this Court's October 1, 2001 judgment, has denied Plaintiffs' Petitions for Rehearing and for Rehearing on *en banc,* and has issued its mandate on October 7, 2002.  A copy of the mandate is attached hereto as Exhibit B.

00690/0/00062122.WPD v1

3.      Defendants wish to proceed at this juncture and hereby request the lifting of

the stay imposed by the Judgment.  Once the stay is lifted, Defendants propose to file

promptly a status report setting forth what further proceedings are deemed appropriate

and proposing a schedule for accomplishing the attendant tasks.

WHEREFORE, Defendants request this Court to lift the stay entered on October 1,

2001 and to enter a scheduling order governing such further proceedings.

　　　　　　　　　　　　　　　　　　　　　　　 /S/
　　　　　　　　　　　　　　　　　　　　　Philip M. Andrews (Federal Bar No. 00078)
　　　　　　　　　　　　　　　　　　　　　Kramon & Graham, P.A.
　　　　　　　　　　　　　　　　　　　　　One South Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　　410- 752-6030
　　　　　　　　　　　　　　　　　　　　　Fax: 410-539-1269

　　　　　　　　　　　　　　　　　　　　　*Defendants' Lead and Liaison Counsel*
　　　　　　　　　　　　　　　　　　　　　　　　　　*and*
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Edrich Farms, Inc.,*
　　　　　　　　　　　　　　　　　　　　　*Edward F. Stanfield, Jr., Richard Stanfield,*
　　　　　　　　　　　　　　　　　　　　　*Edward B. Stanfield, III and Sally F. Stanfield*

　　　　　　　　　　　　　　　　　　　　　Delbert J. Barnard
　　　　　　　　　　　　　　　　　　　　　Barnard & Pauly, P.S.
　　　　　　　　　　　　　　　　　　　　　947 Powell Avenue, SW, Suite 105
　　　　　　　　　　　　　　　　　　　　　Renton, Washington 98055
　　　　　　　　　　　　　　　　　　　　　Phone:  (206) 246-0568
　　　　　　　　　　　　　　　　　　　　　Fax:  (206) 243-4618

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Harmony Farms, LLC,*
　　　　　　　　　　　　　　　　　　　　　*Lorna M. Lynn and Gregory H. Lynn, and for*
　　　　　　　　　　　　　　　　　　　　　*Robert L. Rust and International Specialty*
　　　　　　　　　　　　　　　　　　　　　*Supply, LLC*

2

3

Joseph A. Kromholz
Dan Johnson
Ryan Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin  53226-0618
Phone: (262)  783-1300
Fax:  (262)  783-1211

*Attorneys for Defendants Sunrise Farms, Inc.,*
*Frank Crikelair and Becky Crikelair*


        *and*

Donald W. Ullrich, Jr.
Post Office Box 160007
Sacramento, California 95816-0007
Phone:  (916)  441-4554
Fax:      (916)  441-5465

*Attorney for Defendants Banner Mountain*
*Sprouts, Inc.  Lawrence Ravitz*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2002, copies of the foregoing

Defendants' Motion to Lift Stay was hand-delivered to:

>Paul Mark Sandler, Esquire
>Shapiro Sher Guinot & Sandler
>Suite 2000
>36 South Charles Street
>Baltimore, Maryland 21201
>
>W. Michael Mullen, Esquire
>Freishtat, Burke, Mullen and Dubnow
>1500 One Calvert Plaza
>201 East Baltimore Street
>Baltimore, Maryland 21202
>
>*Liaison Counsel for Plaintiffs Brassica Protection Products LLC*
>*and Johns Hopkins University*

and was mailed by first class mail, postage prepaid to:

>E. Anthony Figg, Esquire
>Joseph A. Hynds, Esquire
>Mark I. Bowditch, Esquire
>Rothwell, Figg, Ernst & Manbeck, P.C.
>1425 K Street, N. W.
>Suite 800
>Washington, D. C. 20005
>
>*Attorneys for Brassica Protection Products, LLC*
>*and Johns Hopkins University*

/S/
_____
Philip M. Andrews
