# United States Court of Appeals for the Federal Circuit

02-1031

IN RE CRUCIFEROUS SPROUT LITIGATION

---

BRASSICA PROTECTION PRODUCTS LLC and JOHNS HOPKINS UNIVERSITY,
Plaintiffs-Appellants,

v.

SUNRISE FARMS, BECKY CRIKELAIR and FRANK CRIKELAIR,
Defendants-Appellees.

and

EDRICH FARMS INC., EDWARD B. STANFIELD, III,
EDWARD F. STANFIELD, JR., RICHARD STANFIELD, and SALLY F. STANFIELD,
Defendants-Appellees.

and

BANNER MOUNTAIN SPROUTS,
BANNER MOUNTAIN SPROUTS INC., and LAWRENCE RAVITZ,
Defendants-Appellees.

and

HARMONY FARMS, GREG LYNN, and LORNA LYNN,

and

INTERNATIONAL SPECIALTY SUPPLY and ROBERT L. RUST,
Defendants-Appellees.

## JUDGMENT

ON APPEAL from the    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

in CASE NO(S).    01-CV-1388

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED   AUG 2 1 2002

Jan Horbaly, Clerk

ISSUED AS A MANDATE: OCTOBER 7, 2002

Costs Against Appellants:
    Printing (Sunrise Farms)    $128.72
    Total (Sunrise Farms)       $128.72