IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN RE:                              *
CRUCIFEROUS SPROUT
PATENT LITIGATION                   *    MDL Docket No. 1388

                                    *

*******************************************************************

## DEFENDANTS' MOTION TO LIFT STAY

Defendants, by their undersigned counsel, move to lift the stay of their pending counterclaims, and the time for filing claims for attorneys' and costs. The grounds for this motion are:

1. Following this Court's grant of the Defendants' Motion for Partial Summary Judgment Regarding Invalidity of Patents in Suit, and this Court's denial of Plaintiffs' Cross-Motion regarding invalidity, the Court, upon consent of all parties, entered a Judgment Under Rule 54(b) in this action on October 1, 2001. A copy of the Rule 54(b) judgment is attached hereto as Exhibit A ("the Judgment").

2. The Judgment, *inter alia*, stayed the Defendants' pending counterclaims, and stayed the time for filing any claims for attorneys' fees and for costs to be awarded in this action, for the duration of Plaintiffs' appeal to the United States Court of Appeals for the Federal Circuit.

2. The Federal Circuit has affirmed this Court's October 1, 2001 judgment, has denied Plaintiffs' Petitions for Rehearing and for Rehearing on *en banc*, and has issued its mandate on October 7, 2002. A copy of the mandate is attached hereto as Exhibit B.

00690/0/00062122.WPD v1

3.   Defendants wish to proceed at this juncture and hereby request the lifting of the stay imposed by the Judgment. Once the stay is lifted, Defendants propose to file ~~promptly~~ *within 15 days of this Order* a status report, setting forth what further proceedings are deemed appropriate and proposing a schedule for accomplishing the attendant tasks.

WHEREFORE, Defendants request this Court to lift the stay entered on October 1, 2001 and to enter a scheduling order governing such further proceedings.

/S/
Philip M. Andrews (Federal Bar No. 00078)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410-752-6030
Fax: 410-539-1269

*Defendants' Lead and Liaison Counsel*
*and*
*Attorney for Defendants Edrich Farms, Inc.,*
*Edward F. Stanfield, Jr., Richard Stanfield,*
*Edward B. Stanfield, III and Sally F. Stanfield*

Delbert J. Barnard
Barnard & Pauly, P.S.
947 Powell Avenue, SW, Suite 105
Renton, Washington 98055
Phone: (206) 246-0568
Fax: (206) 243-4618

*Attorney for Defendants Harmony Farms, LLC,*
*Lorna M. Lynn and Gregory H. Lynn, and for*
*Robert L. Rust and International Specialty*
*Supply, LLC*

"APPROVED" THIS 12th DAY OF December, 20__
_____
SENIOR UNITED STATES DISTRICT JUDGE

00690/0/00062122.WPD v1    2