## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### (Northern Division)

|  |  |  |
|---|---|---|
|  | * |  |
| IN RE: |  |  |
| CRUCIFEROUS SPROUT | * | MDL Docket No. 1388 |
| PATENT LITIGATION |  |  |
|  | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Lisa S. Mankofsky, Michael D. Kaminski, and Anthony H. Son, Foley & Lardner, 3000 K Street, N.W., Washington, D.C. 20007, as counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University.

Respectfully submitted,

Dated:  December 16, 2002

_____/ S / _____

Lisa S. Mankofsky (General Bar No. 04940)
Michael Kaminski
Anthony H. Son
Foley & Lardner
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Telephone:    (202) 672-5300
Facsimile:    (202) 672-5399

E. Anthony Figg
Joseph A. Hynds
Mark I. Bowditch
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

Paul Mark Sandler
Shapiro Sher Guinot & Sandler
Suite 2000
36 South Charles Street
Baltimore, MD 21201

W. Michael Mullen
Freishtat, Burke, Mullen and Dubnow
1500 One Calvert Plaza
201 East Baltimore Street
Baltimore, MD 21202

*Liaison Counsel for Plaintiffs Brassica Protection
Products LLC and Johns Hopkins University*