IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: | * | |
| CRUCIFEROUS SPROUT | * | MDL Docket No. 1388 |
| PATENT LITIGATION | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' REQUEST FOR RECONSIDERATION
## OF THE ORDER GRANTING DEFENDANTS' MOTION TO LIFT STAY

Plaintiffs Brassica Protection Products LLC and Johns Hopkins University, through counsel,[1] respectfully submit this Request for Reconsideration of the Court's December 12, 2002 Order granting Defendants' Motion to Lift Stay. Plaintiffs had intended on December 16, 2002, to file a timely opposition to Defendants' Motion, and would have stated in their Opposition that they are petitioning the United States Supreme Court for a writ of certiorari of the decision of the United States Court of Appeals for the Federal Circuit in connection with this matter, which petition will be filed next week. Because this Court granted Defendants' Motion by Order dated December 12, 2002, the Court was not yet aware of the petition for certiorari that will be filed next week. This new information might have been a factor that the Court would have considered material in its decision on whether to lift the stay at this time. Continuing the stay will preserve the status quo until Plaintiffs' claims are finally adjudicated by the United States Supreme Court.

---

[1] Plaintiffs have retained new counsel to represent them in connection with this matter. A Notice of Appearance is being filed concurrently with this Request for Reconsideration.

1.	Defendants served and filed their Motion on December 2, 2002. Plaintiffs' opposition to Defendants' Motion was due on December 16, 2002. *See* Local Rule 105(2)(a). On December 12, 2002, this Court granted Defendants' Motion. At the time when this Court granted Defendants' Motion, it did not know that Plaintiffs would be filing a petition for certiorari to the United States Supreme Court. Although that petition is due on December 30, 2002, Plaintiffs expect to file it next week.

2.	One purpose of the stay imposed by the Judgment was to promote judicial economy while Plaintiffs sought appellate review. Although it is undisputed that the United States Court of Appeals for the Federal Circuit affirmed the Judgment and denied Plaintiffs' requests for rehearing and rehearing *en banc*, it is also indisputable that appellate review is not complete until the United States Supreme Court either considers the matter or denies a petition for certiorari. Defendants did not mention in its Motion that Plaintiffs could petition the United States Supreme Court for writ of certiorari. (Defendants also did not ask Plaintiffs whether a petition for certiorari would be filed.)

3.	The only argument made by Defendants for lifting the stay is that the Federal Circuit has affirmed the Judgment and denied Plaintiffs' requests for rehearing and rehearing *en banc*. However, appellate review is not yet complete because Plaintiffs will petition the United States Supreme Court for a writ of certiorari.

4.	Further, Defendants will not be harmed if the stay continues while the United States Supreme Court considers Plaintiffs' petition. This is a relatively short time period to wait to obtain certainty. Defendants' counterclaims are also intricately related to Plaintiffs' patent infringement claims. Lifting the stay and proceeding with litigation at this stage of

002.939471.1

appellate review risks wasting resources and Plaintiffs respectfully submit that all interests are best served by reinstating the stay until after Plaintiffs' appeal is complete.

WHEREFORE, Plaintiffs respectfully request that this Court reconsider its December 12, 2002 Order, reinstate the stay, and wait for the outcome of Plaintiffs' appeal to the United States Supreme Court.

Respectfully submitted,

Dated: December 16, 2002

/ S /

Lisa S. Mankofsky (General Bar No. 04940)
Michael Kaminski
Anthony H. Son
Foley & Lardner
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

E. Anthony Figg
Joseph A. Hynds
Mark I. Bowditch
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

Paul Mark Sandler
Shapiro Sher Guinot & Sandler
Suite 2000
36 South Charles Street
Baltimore, MD 21201

                    W. Michael Mullen
                    Freishtat, Burke, Mullen and Dubnow
                    1500 One Calvert Plaza
                    201 East Baltimore Street
                    Baltimore, MD 21202

*Liaison Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*