FILED
U.S DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 24  A 10: 46

AT BALTIMORE

_____DEPUTY

RECEIVED
DEC 24 2002
SENIOR JUDGE WILLIAM M. NICKERSON

LAW OFFICES
**KRAMON & GRAHAM, P. A.**
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

December 22, 2002

**Filed Electronically and Hand Delivered**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

       Re:   In Re: Cruciferous Sprout Patent Litigation
              MDL Docket No. 1388

Dear Judge Nickerson:

      I write, on behalf of the defendants, as directed by Your Honor's December 12, 2002 Order, which lifted the Rule 54(b) stay and requested a proposed schedule for future proceedings in the District Court. Since that Order was issued, however, plaintiffs have filed a Motion for Reconsideration, requesting the Court reinstate the stay because plaintiffs reportedly intend to seek *certiorari* review of the Federal Circuit's decision affirming this Court's August 8, 2001 entry of partial summary judgment.

      Plaintiffs' reconsideration motion was the first notice to defense counsel of plaintiffs' intent to seek further review. As of the date and time I write this letter, no counsel for any defendant has been served with such a petition, which apparently must be filed no later than December 30, 2002.

"_APPROVED_" THIS _24th_ DAY
OF _____, 20_02_
_____
SENIOR UNITED STATES DISTRICT JUDGE

Honorable William M. Nickerson
December 23, 2002
Page 2

 

Under the circumstances, before requesting this Court to schedule further proceedings, defendants believe it appropriate to await the expiration of the *certiorari* deadline. Accordingly, we request that defendants be permitted to submit the proposed schedule on or before January 6, 2003.

Thank you for your attention to this matter.

Respectfully,

Philip M. Andrews

PMA/cab

cc: Paul Mark Sandler, Esquire (by hand delivery)
    W. Michael Mullen, Esquire (by first class mail)
    E. Anthony Figg, Esquire (by first class mail)
    Delbert J. Barnard, Esquire (by first class mail)
    Joseph A. Kromholz, Esquire (by first class mail)
    Donald W. Ullrich, Jr., Esquire (by first class mail)