LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

January 6, 2003

**Filed Electronically and Hand Delivered**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

     Re: In Re: Cruciferous Sprout Patent Litigation
        MDL Docket No. 1388

Dear Judge Nickerson:

  I write, on behalf of the defendants, to supplement my December 23, 2002 letter regarding further District Court proceedings in the above-mentioned matter. Since the date of that letter, plaintiffs have served and filed their Petition for Writ of Certiorari ("the Petition"). In light of the Petition's pendency, defendants suggest that there be no further proceedings in the District Court until the Supreme Court has acted on the Petition.

  Under the circumstances, defendants have no objection to the formal reimposition of the previous stay. Defendants request, however, that any order to that effect contain a provision that: (a) automatically lifts the new stay upon written notification to the District Court and counsel of the Supreme Court's final disposition of the Petition; and (b) sets a ten-day deadline after that stay expires for defendants to propose a schedule for further proceedings in accordance with paragraph no. 2 of this Court's October 1, 2001 Judgment under Rule 54(b).

Honorable William M. Nickerson
January 6, 2003
Page 2

_____

      Thank you for your attention to this matter.

                                  Respectfully,

                                  Philip M. Andrews

PMA/cab

cc:    Paul Mark Sandler, Esquire (by hand delivery)
       W. Michael Mullen, Esquire (by first class mail)
       E. Anthony Figg, Esquire (by first class mail)
       Lisa S. Mankofsky, Esquire (by facsimile–202-672-5399)
       Michael Kaminski, Esquire (by facsimile-202-672-5399)
       Anthony H. Son, Esquire (by facsimile-202-672-5399)
       Delbert J. Barnard, Esquire (by first class mail)
       Joseph A. Kromholz, Esquire  (by first class mail)
       Donald W. Ullrich, Jr., Esquire (by first class mail)