IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: | * | |
| CRUCIFEROUS SPROUT | * | MDL Docket No. 1388 |
| PATENT LITIGATION | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW

The undersigned attorneys, E. Anthony Figg, Joseph A. Hynds, and Mark I. Bowditch of Rothwell, Figg, Ernst & Manbeck, P.C., hereby move the Court pursuant to Local Rule 101(2)(b) for an Order allowing them to withdraw as counsel for plaintiffs Brassica Protection Products LLC and Johns Hopkins University (collectively "plaintiffs") in the above-captioned action. Plaintiffs have retained new counsel, Lisa S. Mankofsky, Michael D. Kaminski, and Anthony H. Son of Foley & Lardner, who have previously filed their appearances in this action and will continue to represent Plaintiffs in this matter.

Dated: January 23, 2003

Respectfully submitted,

_____
E. Anthony Figg

_____
Joseph A. Hynds

_____
Mark I. Bowditch

Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

002.954904.1

W. Michael Mullen
Freishtat, Burke, Mullen and Dubnow
1500 One Calvert Plaza
201 East Baltimore Street
Baltimore, MD 21202
(410)-727-7740

Paul Mark Sandler
Shapiro Sher Guinot & Sandler
Suite 2000
36 South Charles Street
Baltimore, MD 21201
(410) 385-0202

*Liaison Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

Lisa S. Mankofsky
Michael D. Kaminski
Anthony H. Son
Foley & Lardner
3000 K Street, N.W.
Washington, D.C. 20007

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*