IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE:<br>CRUCIFEROUS SPROUT<br>PATENT LITIGATION | *<br>*<br>* | MDL Docket No. 1388 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW

The undersigned attorney, Paul Mark Sandler of Shapiro Sher Guinot & Sandler, hereby moves the Court pursuant to Local Rule 101(2)(b) for an Order allowing him to withdraw as counsel for plaintiffs Brassica Protection Products LLC and Johns Hopkins University (collectively "plaintiffs") in the above-captioned action. Plaintiffs have retained new counsel, Lisa S. Mankofsky, Michael D. Kaminski, and Anthony H. Son of Foley & Lardner, who have previously filed their appearances in this action and will continue to represent Plaintiffs in this matter.

Respectfully submitted,

Dated: January 28, 2003

/s/ by permission
Paul Mark Sandler
Federal Bar No. 00145
Shapiro Sher Guinot & Sandler
Suite 2000
36 South Charles Street
Baltimore, MD 21201
(410) 385-0202

W. Michael Mullen
Freishtat, Burke, Mullen and Dubnow
1500 One Calvert Plaza
201 East Baltimore Street
Baltimore, MD 21202
(410)-727-7740

002.955156.1

*Liaison Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

E. Anthony Figg
Joseph A. Hynds
Mark I. Bowditch
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

Lisa S. Mankofsky
Michael D. Kaminski
Anthony H. Son
Foley & Lardner
3000 K Street, N.W.
Washington, D.C. 20007

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

002.955156.1