March 28, 2003

**Filed Electronically and Hand-Delivered**
The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

                Re:    In Re:  Cruciferous Sprout Patent Litigation
                          MDL Docket No. 1388

Dear Judge Nickerson:

     As Your Honor may already be aware, the Supreme Court, on March 10, 2003, denied the petition for writ of certiorari filed by plaintiffs Brassica Protection Products LLC and Johns Hopkins University.  Accordingly, I write, on behalf of all parties, to:

(1)    request that the stay plaintiffs sought during the pendency of that petition be lifted;

(2)    propose a schedule for further proceedings on certain defendants' counterclaims, in accordance with paragraph No. 2 of this Court's October 1, 2001 Judgment under Rule 54(b);

(3)    advise the Court of the request of certain other defendants to have their counterclaims severed from this MDL proceeding and returned to their district courts of origin; and

(4)    advise of one settlement that has been agreed to in principle.

00690/0/00071835.WPDv1

Honorable William M. Nickerson
March 28, 2003
Page 2

      This MDL is a consolidation for pretrial purposes of six separate actions from five different district courts. Five sets of defendants remain in this action; a *pro se* defendant, Chau Minh Do, entered into a consent judgment last July. Each set of remaining defendants includes a corporate entity and one or more individuals.

      At this juncture, three sets of defendants--Sunrise Farms (and Frank Crikelair and Becky Crikelair), Edrich Farms, Inc. (and Edward B. Stanfield, III, Edward Stanfield, Jr. Richard Stanfield, and Sally F. Stanfield), and International Specialty Supply (and Robert L. Rust)--wish to pursue their counterclaims in this Court. Accordingly, those defendants, and the plaintiffs, jointly propose the following schedule:

| Discovery begins | Immediately following receipt of a ruling on Brassica's motion to dismiss Sunrise Farms' counterclaims (dated Feb. 1, 2000) |
|---|---|
| Discovery cutoff | Four months after receipt of the ruling on the motion to dismiss |
| Motions for attorneys' fees due | Three months after receipt of the ruling on the motion to dismiss |
| Dispositive motions | One month after the discovery cutoff |

      The two remaining groups of defendants seek different procedural relief. Assuming that they can reach agreement with plaintiffs' counsel as to logistics, costs, and finality, the Harmony Farms defendants, including Greg Lynn and Lorna Lynn, wish to have their counterclaim severed from the MDL proceeding and returned immediately to the Western District of Washington to be dismissed. The Banner Mountain Sprouts defendants, including Lawrence Ravitz, wish to have their counterclaim, brought pursuant to federal and California antitrust/unfair trade practice law, severed and returned promptly to the Eastern District of California for any further proceedings. I understand that counsel for those sets of defendants will be communicating to the Court separately to address in more detail how they propose to proceed.

Honorable William M. Nickerson
March 28, 2003
Page 3

_____

    In addition, plaintiffs and Banner Mountain have advised that they have reached a settlement in principle and will be reducing their agreement in writing. Accordingly, the schedule proposed in this letter was developed with the expectation that Banner Mountain's counterclaims will be out of this case. If, however, for some reason the settlement is not completed, which plaintiffs and Banner Mountain do not expect to happen, and if Banner Mountain's counterclaims are not severed, the parties request leave to propose a revised schedule to the Court.

    I trust the Court will let counsel know if the foregoing proposed schedule is satisfactory. As always, your attention to this matter is very much appreciated.

                              Respectfully,

                              /s/


                              Philip M. Andrews,
                              Defendants' Lead and Liaison Counsel


PMA/cab
cc:    Lisa S. Mankofsky, Esquire (by facsimile 202-672-5399)
        Michael D. Kaminski, Esquire (by facsimile 202-672-5399)
        Anthony H. Son, Esquire (by facsimile 202-672-5399)
        Delbert J. Barnard, Esquire (by facsimile 206-243-4618)
        Joseph A. Kromholz, Esquire  (by facsimile 262-783-1211)
        Donald W. Ullrich, Jr., Esquire (by facsimile 916-441-5465)