**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

DISTRICT OF MARYLAND

2003 APR -2 P 2: 11

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY April 2, 2003

**To all Counsel of Record**

> **In Re: Cruciferous Sprout Patent Litigation**
> **MDL Docket No. 1388**

Dear Counsel:

In response to Mr. Andrews' correspondence of March 28, 2003, I hereby approve the schedule set forth therein.

I note, however, that the schedule is triggered by the Court's ruling on Brassica's pending motion to dismiss Sunrise Farms' counterclaims. Brassica's motion was filed on February 5, 2001, in the United State District Court for the District of Wisconsin, a few days before the action against Sunrise Farms was transferred to this Court under the MDL transfer order. It does not appear that any opposition to the motion was ever filed. Before addressing the merits of the motion, I would like to confirm that the motion is ripe for consideration. Accordingly, I request a brief joint status letter from counsel for Plaintiffs and for the Sunrise Farm Defendants, on or before April 11, 2003, addressing whether any additional briefing is anticipated, and/or should be permitted related to that motion.

Despite the informal nature of this letter, it is an order of the Court and will be docketed as such.

Sincerely,

William M. Nickerson
Senior United States District Judge

WMN/ral

Court File