April 11, 2003

**FILED ELECTRONICALLY AND BY HAND-DELIVERY**

The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    In Re: Cruciferous Sprout Patent Litigation
                MDL Docket No. 1388

Dear Judge Nickerson

      As liaison counsel, I am filing this response to your Honor's April 2, 2003 letter order to plaintiffs Brassica Protection Products LLC and Johns Hopkins University (collectively "Plaintiffs" or "Brassica") and defendants Sunrise Farms, Frank Crikelair and Becky Crikelair (collectively "Sunrise Farms" or "Wisconsin Defendants") to submit a joint status letter addressing whether any additional briefing is anticipated and/or should be permitted related to Brassica's motion to dismiss Sunrise Farms' counterclaims.[1]  I am informed that counsel for Brassica and Sunrise Farms have conferred on this issue and are not in agreement concerning it. Accordingly, the parties' respective positions are set forth below:

      Brassica's Position

      Brassica's motion is titled "Plaintiffs' Motion to Strike Affirmative Defenses pursuant to Fed. R. Civ. P. Rule 12(f) and to Dismiss Counter-Claims pursuant to Fed. R.Civ. P. Rule 12(b)(6)" and was filed on February 5, 2001.  The Court has raised the issue whether Sunrise Farms filed an opposition to Brassica's motion.  Sunrise Farms filed its brief in opposition to Brassica's motion on May 22, 2001.  *See* Court's Docket, Item No. 9.  Further, Brassica filed a reply brief to Sunrise Farms' opposition on June 8, 2001.  *See* Court's Docket, Item No. 19.[2]

---

[1]    Counsel for Plaintiffs and the Wisconsin Defendants only received the April 2, 2003 letter order on April 10, 2003.

[2]    If the Court desires to recieve a courtesy copy of these briefs, Brassica would be pleased to hand deliver such copies at the Court's request.

The Honorable William M. Nickerson
April 11, 2003
Page 2

      Therefore, because all of the briefs related to Brassica's motion have been filed, Brassica submits that the motion is ripe for the Court's consideration without further briefing.

      Sunrise Farms has indicated that it seeks to file an additional brief to point out which parts of the motion have already been rendered moot. Brassica believes that the Court will not have difficulty determining this and that additional briefing is accordingly unnecessary. However, if the Court allows Sunrise Farms to submit additional briefing on the motion, Brassica respectfully requests that it also be permitted to submit a supplemental response, if necessary.

      <u>Sunrise Farm's Position</u>

      Defendants' liaison counsel Philip M. Andrews filed a response "Brief in Opposition to Plaintiff's Motion to Strike Affirmative Defenses and to Dismiss Counterclaims" on behalf of the Wisconsin Defendants on 22 May 2001. Since then, as a result of Plaintiffs' relevant patent claims having been declared invalid by this Court, the affirmance of that decision by the Court of Appeals for the Federal Circuit, and the denial of Plaintiffs' petition for certiorari by the United States Supreme Court, it is the position of the Wisconsin Defendants that several of the issues addressed in the motion to strike and the response thereto have become moot.

      Consequently, Wisconsin Defendants respectfully request an order from the Court providing the Wisconsin Defendants with the opportunity to file by 28 April 2003 a supplemental response to the Plaintiffs motion to strike, clarifying the issues that remain for adjudication, and, further, allowing the Plaintiffs the opportunity to file a supplemental reply within the time allowed by the local rules; so that all issues ripe for adjudication may be appropriately identified to the Court.

      Respectfully,

      /s/

      Philip M. Andrews

PMA/cab

cc:    Lisa S. Mankofsky, Esquire (by facsimile 202-672-5399)
      Joseph A. Kromholz, Esquire (by facsimile 262-783-1211)
      Michael D. Kaminski, Esquire (by facsimile 202-672-5399)
      Anthony H. Son, Esquire (by facsimile 202-672-5399)
      Delbert J. Barnard, Esquire (by facsimile 206-243-4618)

The Honorable William N. Nickerson
April 11, 2003
Page 3

00690/0/00073156v1