UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

April 15, 2003

To All Counsel of Record

RE:  In Re: Cruciferous Sprout Patent Litigation
     <u>MDL Docket No. 1388</u>

Dear Counsel:

    Thank you for your recent joint status letter. I have reviewed that letter, as well as the pleadings relevant to Plaintiffs' Motion to Strike and Dismiss Counterclaims, and conclude that, while the need for additional briefing is not readily apparent, I will grant the Sunrise Farm Defendants' request for the opportunity to file a <u>brief</u> supplemental opposition. That supplemental opposition shall be filed by April 28, 2003. Plaintiffs shall have until May 12, 2003 to file any supplemental reply that they deem necessary.

    Despite the informal nature of this letter, it is an order of the Court and will be docketed as such.

Sincerely,

/s/
William M. Nickerson
Senior United States District Judge

WMN/ral

cc:  Court File