LAW OFFICES
## KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

May 15, 2003

The Honorable William M. Nickerson
Senior United States District Judge
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

      Re: In Re: Cruciferous Sprout Patent Litigation
         MDL Docket No. 1388

Dear Judge Nickerson:

  As Liaison Counsel for the Defendants, I am filing herewith a letter of today's date, addressed to Your Honor, from Joseph A. Kromholz, Esquire, counsel for the Wisconsin defendants, regarding Plaintiffs' Supplemental Reply Brief.

  Thank you for your attention to this matter.

          Respectfully,

          /s/

         Philip M. Andrews
         Defendants' Liaison Counsel

PMA/cab
enclosure
cc: All counsel

00690/0/00077969.WPDv1