# RYAN KROMHOLZ & MANION, S.C.
## ATTORNEYS AT LAW

Daniel D. Ryan
Joseph A. Kromholz
John M. Manion
Laura A. Dable
Daniel R. Johnson
Patricia A. Limbach

Arnold J. Ericsen (Of Counsel)

Telephone: (262) 783-1300
Facsimile: (262) 783-1211
Toll Free: (800) 686-9333

Est. 1873

Mailing Address:
P.O. Box 26618
Milwaukee, WI 53226-0618

Building Address:
3360 Gateway Road
Brookfield, WI 53045

15 May 2003

Honorable William M. Nickerson
Senior United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

**VIA ELECTRONIC FILING**

Re:  In re Cruciferous Sprout Patent Litigation
     MDL Docket No. 1388

Dear Judge Nickerson:

The Wisconsin Defendants have reviewed "Plaintiff's Reply Brief to the Sunrise Farms Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses and Dismiss Counterclaims." Plaintiffs have now added a Declaration by Antony Talalay and are requesting that this Court rely upon that Declaration in making its decision, thereby converting the Plaintiffs' motion to dismiss to a motion for summary judgment.

Given this new position of the Plaintiffs, it is the position of the Wisconsin Defendants that the Plaintiffs' Motion to Dismiss must either be denied, or held in abeyance, to allow discovery (of which there has been none) to take place, after which Wisconsin Defendants may respond to Plaintiffs' motion for summary judgment in accord with the local rules of this Court and the rules of federal procedure.

Sincerely,
RYAN KROMHOLZ & MANION, S.C.

By: /s/

Joseph A. Kromholz
(Attorney for Wisconsin Defendants)

JAK/pjp

cc: All Counsel of Record.