**FOLEY : LARDNER**
ATTORNEYS AT LAW

FOLEY & LARDNER
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
202.672.5300 TEL
202.672.5399 FAX
www.foleylardner.com

May 16, 2003

WRITER'S DIRECT LINE
202.672.5384
lmankofsky@foleylaw.com EMAIL

**FILED ELECTRONICALLY**

CLIENT/MATTER NUMBER
037677-0156

The Honorable William M. Nickerson
United States District Court for the
    District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

        *In Re: Cruciferous Sprout Patent Litigation*, MDL Docket No. 1388

Dear Judge Nickerson:

    Plaintiffs Brassica Protection Products LLC and Johns Hopkins University (collectively "Brassica") briefly respond to the May 15, 2003 letter to your Honor from Joseph A. Kromholz, Esq., counsel for defendants Sunrise Farms, Frank Crikelair and Becky Crikelair (collectively "Sunrise Farms").

    Sunrise Farms contends that because Brassica submitted a declaration with its Supplemental Reply (filed on May 12, 2003), the only options now available to the Court are: (1) to deny plaintiffs' motion to dismiss; or (2) to hold it in abeyance to allow discovery and more briefing from Sunrise Farms. Although Brassica disagrees that the filing of the declaration requires that Sunrise Farms be given discovery or additional briefing, Brassica's pending motion to dismiss can be granted without reaching that issue.

    Sunrise Farms has overlooked that Brassica's motion to dismiss can be granted based on either of two arguments, neither of which is in any way dependent on the declaration submitted with Brassica's Supplemental Reply. *See* Brassica's Supplemental Reply, at 2-4. Each of these non-factual arguments is independently sufficient to support granting the motion without further discovery or briefing.

    We would be pleased to discuss this matter further with the Court by telephone or at a hearing if the Court would find that helpful.

                                   Respectfully submitted,
                                    /s/
                                 Lisa S. Mankofsky
                                 Gen. Bar No. 04940

002.1016583.1

| BRUSSELS | DETROIT | MILWAUKEE | SAN DIEGO | TAMPA |
| CHICAGO | JACKSONVILLE | ORLANDO | SAN DIEGO/DEL MAR | WASHINGTON, D.C. |
| DENVER | LOS ANGELES | SACRAMENTO | SAN FRANCISCO | WEST PALM BEACH |
|  | MADISON |  | TALLAHASSEE |  |

The Honorable William M. Nickerson
May 16, 2003
Page 2

cc:   Joseph A. Kromholz, Esq. (by facsimile, 262-783-1211)
      Philip M. Andrews, Esq. (by facsimile, 410-539-1269)
      Delbert J. Barnard, Esq. (by facsimile, 206-243-4618)
      Donald W. Ullrich, Jr., Esq. (by facsimile, 916-441-5465)