IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: | * | |
| CRUCIFEROUS SPROUT | * | MDL Docket No. 1388 |
| PATENT LITIGATION | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims that were asserted in the above-captioned Action by plaintiffs Brassica Protection Products LLC and Johns Hopkins University ("plaintiffs") against Banner Mountain Sprouts, Banner Mountain Sprouts Inc., and Lawrence Ravitz (collectively "Banner Mountain"), if any remain, and all counterclaims that were asserted in this Action by Banner Mountain against plaintiffs, shall be and hereby are dismissed with prejudice and forever barred, with each party to bear its own costs.

Dated this ____ day of _____ 2003.

_____
Hon. William M. Nickerson
United States District Judge

Submitted by:

_____/ S /_____
Lisa S. Mankofsky
Michael D. Kaminski
Anthony H. Son
Foley & Lardner
3000 K Street, N.W.
Washington, D.C. 20007
Tel: (202) 672-5300
Fax: (202) 672-5399

Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University


_____
Donald W. Ullrich, Jr.
The Ullrich Law Firm
3574 D Street
P.O. Box 160007
Sacramento, CA 95816-0007
Tel: (916) 441-4454
Fax: (916) 441-5465

Counsel for Banner Mountain Sprouts, Banner Mountain Sprouts Inc., and Lawrence Ravitz

Submitted by:

_____

Lisa S. Mankofsky
Michael D. Kaminski
Anthony H. Son
Foley & Lardner
3000 K Street, N.W.
Washington, D.C. 20007
Tel: (202) 672-5300
Fax: (202) 672-5399

Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University

_____
Donald W. Ullrich, Jr.
The Ullrich Law Firm
3574 D Street
P.O. Box 160007
Sacramento, CA 95816-0007
Tel: (916) 441-4454
Fax: (916) 441-5465

Counsel for Banner Mountain Sprouts, Banner Mountain Sprouts Inc., and Lawrence Ravitz