IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * MDL Docket No. 1388 |
| CRUCIFEROUS SPROUT | * |
| PATENT LITIGATION | * |

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 28st day of May, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion to Strike Affirmative Defenses under Fed. R. Civ. P. 12(f), and to Dismiss Counterclaims under Fed. R. Civ. P. 12(b)(6)(Paper No. 21 in Civil Action No. WMN-01-446) is GRANTED; and

2. That the Clerk of this Court is to transmit this memorandum and order to all counsel of record.

/s/

William M. Nickerson
Senior United States District Judge