LAW OFFICES

# KRAMON & GRAHAM, P. A.

ONE SOUTH STREET

SUITE 2600

BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030

FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

August 21, 2003

**Filed Electronically and Hand Delivered**

The Honorable William M. Nickerson
Senior United States District Judge
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

Re:   In Re: Cruciferous Sprout Patent Litigation
<u>MDL Docket No. 1388</u>

Dear Judge Nickerson:

     I write to request, on behalf of all affected parties, a modification to the current deadlines in this matter for filing motions for attorneys' fees, and completing discovery. Because the Sunrise Farms defendants' counterclaim was dismissed by your Order, dated May 28, 2003, and because the only issues left to be decided in this case are whether the instant case should be deemed an exceptional case under 35 U.S.C. § 285, and if so, whether defendants should be awarded any attorneys' fees, the parties do not believe that a deadline is needed for the filing of dispositive motions.[1] The current deadlines are in place as a result of Your Honor's April 2, 2003 letter approving the parties' jointly-proposed dates as set forth in my March 28, 2003 correspondence.

     Discovery has commenced. The additional time is needed because of the logistics in finding mutually convenient dates for depositions, and in the preparation of an agreed confidentiality order. Counsel expect to have such an order to Your Honor shortly for review and approval. Accordingly, the affected parties request the present schedule be modified as follows:

---

[1]    However, should your Honor desire to include a date for dispositive motions in a revised scheduling order, the parties have included a proposed date for dispositive motions.
{00690/0/00085028.DOCv1}

Honorable William M. Nickerson
August 21, 2003
Page 2

| | Current deadline | Proposed new deadline |
|---|---|---|
| Defendants' (Sunrise Farm defendants, the Edrich Farms defendants, and the ISS defendants) motions for attorney's fees | 08/28/03 | 10/10/03 |
| Discovery cut-off | 10/03/03 | 11/17/03 |
| Dispositive Motions (if the Court desires a deadline for dispositive motions) | 11/03/03 | 12/17/03 |

I trust the Court will let counsel know if this proposed new schedule is acceptable. If Your Honor would prefer that I draft a formal motion or prepare a draft order to that effect, please do not hesitate to let me know.

Thank you for your consideration.

Respectfully,

*Phil Andrews*

Philip M. Andrews,
Defendants' Lead and Liaison Counsel

PMA/cab
cc:   Lisa S. Mankofsky, Esquire (by facsimile–202-672-5399)
      Michael Kaminski, Esquire (by facsimile-202-672-5399)
      Anthony H. Son, Esquire (by facsimile-202-672-5399)
      Joseph A. Kromholz, Esquire (by facsimile 262-783-1211)