LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
## BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com

October 10, 2003

**Filed Electronically and**
**Hand Delivered**
The Honorable William M. Nickerson
Senior United States District Judge
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

Re:    In Re:  Cruciferous Sprout Patent Litigation
        MDL Docket No. 1388

Dear Judge Nickerson:

I write to request, on behalf of all affected parties, a modification to the current deadline in this matter for defendants to file any motions for attorneys' fees. The Court entered an Order, dated August 25, 2003, setting deadlines for defendants to file any motions for attorneys' fees, for the conclusion of discovery and for the filing of dispositive motions.

Defendants have taken depositions of plaintiffs. The parties are now working to schedule the depositions of the remaining defendants on mutually convenient dates. Although this process is not yet completed, the parties have reached agreement that a modest extension of the discovery deadline will be needed, and have reached agreement concerning how the motion for attorneys' fees, and how discovery concerning that motion, should be handled. The parties will shortly propose a Stipulated Order to your Honor outlining their agreement.

However, because under the August 25th Order, defendants' motions for attorneys' fees were due on October 10, 2003, and because the parties have agreed to extend this deadline to October 20, 2003, the parties hereby request that the Court extend this

{00690/0/00088597.DOCv1}

deadline separately, in advance of the parties submitting their Stipulated Order concerning the other deadlines.

Thank you for your consideration.

Respectfully,

/S/

Philip M. Andrews,
Defendants' Lead and Liaison Counsel

PMA/cab

cc:    Lisa S. Mankofsky, Esquire (by facsimile–202-672-5399)
Michael Kaminski, Esquire (by facsimile-202-672-5399)
Anthony H. Son, Esquire (by facsimile-202-672-5399)
Joseph A. Kromholz, Esquire (by facsimile 262-783-1211)

"___APPROVED___" THIS 10ᵗʰ DAY
OF__October__, 20 03
_____
SENIOR UNITED STATES DISTRICT JUDGE

{00690/0/00088597.DOCv1}