

**FOLEY & LARDNER**
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
202.672.5300 TEL
202.672.5399 FAX
www.foleylardner.com

October 20, 2003

WRITER'S DIRECT LINE
202.672.5384
lmankofsky@foleylaw.com EMAIL

CLIENT/MATTER NUMBER
037677-0156

**FILED ELECTRONICALLY AND SENT BY FEDEX**

The Honorable William M. Nickerson
United States District Court for the
   District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

      In Re: *Cruciferous Sprout Patent Litigation*, MDL Docket No. 1388

Dear Judge Nickerson:

      As counsel to plaintiffs Brassica Protection Products LLC and Johns Hopkins University ("plaintiffs"), we write on behalf of all of the remaining parties in the above-referenced litigation to request that Your Honor enter the attached Stipulated Order, which has been agreed to by all of the parties.

      The parties have conferred and reached agreement on several issues. First, the parties have engaged in some settlement discussions and believe that it would be beneficial to participate in a mediation at the Court. To that end, the parties believe that an assignment of the mediation to either Magistrate Judge Susan K. Gauvey or Magistrate Judge Paul W. Grimm would be most helpful to them, and therefore, jointly request an assignment to one of those magistrate judges. Second, the parties are in agreement that it would be most efficient and economical for this case to be stayed pending the mediation. Third, the parties have agreed to a schedule that should be followed in the event the mediation is not successful.

      Accordingly, the parties jointly request entry of the attached Stipulated Order. We would be pleased to discuss this matter further with the Court by telephone if the Court would find that helpful.

      Respectfully submitted,

      /s/

      Lisa S. Mankofsky
      Gen. Bar No. 04940

FOLEY LARDNER
ATTORNEYS AT LAW

The Honorable William M. Nickerson
October 20, 2003
Page 2

Enclosures

cc:   Joseph A. Kromholz, Esq. (by facsimile, 262-783-1211)
      Philip M. Andrews, Esq. (by facsimile, 410-539-1269)
      Delbert J. Barnard, Esq. (by facsimile, 206-243-4618)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: CRUCIFEROUS SPROUT PATENT LITIGATION | ) ) ) ) ) | MDL Docket No. 1388<br>Hon. William M. Nickerson |

## STIPULATED ORDER

WHEREAS, the Court entered an Order on August 25, 2003, amending the schedule in this case in accordance with the dates for certain activities proposed by the parties in correspondence, dated August 21, 2003 (hereinafter "the August 25th Order");

WHEREAS, the August 25th Order provided that the Sunrise Farms Defendants, Edrich Farms Defendants, and ISS Defendants' Motions for Attorneys' Fees were due on October 10, 2003, that discovery be completed by November 17, 2003, and that dispositive motions, if any, be filed by December 17, 2003;

WHEREAS, by letter dated October 10, 2003, the parties jointly requested that the deadline for the Sunrise Farms Defendants, Edrich Farms Defendants, and ISS Defendants' Motions for Attorneys' Fees be extended from October 10, 2003, to October 20, 2003, and the Court so extended this Motions deadline by Order, entered October 14, 2003;

WHEREAS, the parties have conducted some settlement discussions amongst themselves, have agreed that it would mutually beneficial to engage in a mediation at the Court before a United States Magistrate Judge, and have agreed that it would be most efficient and economical to stay all deadlines in this case pending mediation;

002.1085806.3

WHEREAS, the parties jointly respectfully request that the Court assign this case for a mediation before either Magistrate Judge Susan K. Gauvey or Magistrate Judge Paul W. Grimm and that the Court stay all further deadlines pending mediation;

WHEREAS, the parties jointly propose that the schedule set forth below be entered now in the event that the mediation is unsuccessful; and

WHEREAS, if the mediation is unsuccessful, the parties have agreed that the issues of whether this case is exceptional and whether Defendants are entitled to an award of any attorneys' fees should be resolved before turning to the issue of the amount of attorneys' fees sought by Defendants, which latter issue plaintiffs submit might never need to be reached.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. This case shall be assigned for mediation to attempt to resolve and settle the remaining issues in the case, and all deadlines in this case are hereby stayed pending the mediation.

2. If the mediation is unsuccessful, the deadline for the Sunrise Farms Defendants, Edrich Farms Defendants, and ISS Defendants to file their Motions for Attorneys' Fees shall be five (5) business days after the mediation occurs.

3. With the exception of the discovery provided for in paragraph 7 below, the discovery deadline shall be thirty (30) days after defendants' Motions for Attorneys' Fees is filed and served.

4. The deadline for Plaintiffs' Oppositions to Defendants' Motions for Fees shall be three (3) weeks after the discovery deadline set forth in paragraph 3.

5. The parties jointly agree that no date is needed for the filing of dispositive motions.

6. Defendants' Motions for Attorneys' Fees, and Plaintiffs' Oppositions thereto, shall be restricted to the issue of whether Defendants are entitled to an award of any attorneys' fees and costs.

7. Only if the Court orders that Defendants are entitled to an award of any attorneys' fees and costs shall the parties take discovery and brief the issues of the amount of attorneys' fees and costs being sought and the reasonableness of those amounts, in which case the parties shall follow the following schedule:

   a. Within ten (10) days of receipt of an Order granting an award of attorneys' fees and costs to Defendants, Defendants shall produce to Plaintiffs all documents related to the attorneys' fees and costs being sought by Defendants, including all supporting documents, all of which shall be produced in non-redacted form subject to the Confidentiality Stipulation and Protective Order or the invocation of an appropriate privilege.

   b. Plaintiffs shall have thirty (30) days to take any depositions concerning the attorneys' fees and costs sought by Defendants.

   c. Defendants shall file and serve their request for a specified amount of attorneys' fees and costs within fourteen (14) days of the termination of the deposition period provided for in paragraph 7.b.

  d.  Plaintiffs shall file and serve any opposition to Defendants' request within thirty (30) days of receipt of Defendants' request.

SO ORDERED this _____ day of _____ 2003.

                _____
                Hon. William M. Nickerson
                United States District Judge

Dated:  October 20, 2003      Agreed to and
                Respectfully submitted by:

                _____/s/_____
                Lisa S. Mankofsky (General Bar No. 04940)
                Michael D. Kaminski
                Anthony H. Son
                FOLEY & LARDNER
                3000 K Street, N.W., Suite 500
                Washington, DC  20007
                (202) 672-5300

                *Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

                _____
                Philip M. Andrews
                Kramon & Graham, P.A.
                One South Street
                Suite 2600
                Baltimore, Maryland  21202

                *Counsel for Edrich Farms Edward B. Stanfield, III, Edward F. Stanfield, Jr., Richard Stanfield, Sally F. Stanfield, and International Specialty Supply and Robert L. Rust*

4

002.1085806.3

      d.    Plaintiffs shall file and serve any opposition to Defendants' request within thirty (30) days of receipt of Defendants' request.

SO ORDERED this \_\_\_\_\_ day of _____ 2003.

_____
Hon. William M. Nickerson
United States District Judge

Dated: October 20, 2003

Agreed to and
Respectfully submitted by:

_____
Lisa S. Mankofsky (General Bar No. 04940)
Michael D. Kaminski
Anthony H. Son
FOLEY & LARDNER
3000 K Street, N.W., Suite 500
Washington, DC 20007
(202) 672-5300

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

/s/ Philip M. Andrews           By: /s/ [Kromholz] With Authority

Philip M. Andrews
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202

*Counsel for Edrich Farms Edward B. Stanfield, III, Edward F. Stanfield, Jr., Richard Stanfield, Sally F. Stanfield, and International Specialty Supply and Robert L. Rust*

4

002.1085806.3

_____
Joseph A. Kromholz
Daniel Johnson
Ryan, Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin 53226-0618

*Counsel for Sunrise Farms, Inc. Becky Crikelair, Frank Crikelair, and International Specialty Supply and Robert L. Rust*

5

002.1085806.3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2003, a copy of the foregoing Stipulated Order was faxed to, and mailed by first class mail, postage prepaid, to:

> Philip M. Andrews
> Kramon & Graham, P.A.
> One South Street
> Suite 2600
> Baltimore, Maryland  21202
>
> Joseph A. Kromholz
> Daniel Johnson
> Ryan, Kromholz & Manion, S.C.
> P.O. Box 26618
> Milwaukee, Wisconsin  53226-0618
>
> Delbert J. Barnard
> Barnard Loop & McCormack
> 947 Powell Avenue, S.W.
> Suite 105
> Renton, Washington 98055

_____/s/_____
Lisa S. Mankofsky