IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN RE:                                     *

CRUCIFEROUS SPROUT         *        MDL Docket No. 1388
PATENT LITIGATION
                                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SEALING OF PLEADING

The Remaining Defendants, Sunrise Farms, Inc., Frank Crikelair, Becky Crikelair, Edrich Farms, Inc., Edward Stanfield, III, Edward Stanfield, Jr., Richard Stanfield, Sally F. Stanfield, International Specialty Supply, LLC, and Robert L. Rust, by their undersigned counsel, move pursuant to Local Rule 105.11, for sealing of their Motion for Attorneys' Fees pursuant to 35 U.S.C. § 285, and supporting Memorandum.

The grounds for the motion are:

1. This Court, on September 11, 2003, approved and signed the parties' Confidentiality Stipulation and Protective Order ("the Protective Order").

2. Paragraph No. 12 of the Protective Order requires that any written or tangible material constituting or revealing Confidential Information, Outside Counsel Only Information, or Patent Prosecution Bar Information, when filed with this Court for any reason, shall be filed in sealed envelopes, appropriately marked. The Remaining Defendants are filing their Motion for Attorneys' Fees and Supporting Memorandum today. Those pleadings contain information shielded from disclosure by the Protective Order. The Remaining Defendants have filed such materials in a properly labeled and endorsed envelope.

3.  Paragraph No. 12 of the Order also requires a party making such a filing to simultaneously submit this motion and accompanying order pursuant to Local Rule 105.11.

WHEREFORE, the Remaining Defendants request this Court to enter an Order, in accordance with Local Rule 105.11, sealing their Motion for Attorneys' Fees pursuant to 35 U.S.C. § 285, Supporting Memorandum, and Exhibits.

/s/
Philip M. Andrews (Federal Bar No. 00078)
Kramon & Graham, P.A.
One South Street, 26th Floor
Baltimore, Maryland 21202
410-752-6030
Fax: 410-539-1269

/s/
Joseph A. Kromholz (admitted *pro hac vice*)
Ryan, Kromholz & Manion, S.C.
Post Office Box 26618
Milwaukee, Wisconsin 53226-0618
262-783-1300
Fax: 262-783-1211

Attorneys for the Remaining Defendants

**ORDER**

Motion granted this _____ day of _____, 200___, pursuant to Local Rule 105.11.

_____
William M. Nickerson,
Senior United States District Judge