IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: CRUCIFEROUS SPROUT PATENT LITIGATION | ) ) ) ) ) | MDL Docket No. 1388 Hon. William M. Nickerson |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL
OPPOSITION BRIEF AND APPENDIX OF EXHIBITS**

Pursuant to Local Rule 105.11, plaintiffs Brassica Protection Products LLC and Johns Hopkins University hereby move to file under seal: Plaintiffs' Opposition to the Remaining Defendants' Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Opposition ") and the Appendix of Exhibits in Support of Plaintiffs' Opposition to the Remaining Defendants' Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Appendix").

In support of this Motion, plaintiffs state:

1.      The Confidentiality Stipulation and Protective Order ("Confidentiality Order") was approved by the Court on September 11, 2003.

2.      The Confidentiality Order provides that certain information can be designated as Confidential Information, Outside Counsel Only Information, or Patent Prosecution Bar Information. The Confidentiality Order (at ¶ 12) requires that when written material constituting or revealing Confidential Information, Outside Counsel Only Information, or Patent Prosecution Bar Information is filed with the Court, such material must be filed in a sealed envelope containing certain information on the outside of the envelope.

3. Plantiffs are filing their Opposition and Appendix today. The Opposition and Appendix contain Confidential Information, Outside Counsel Only Information, and Patent Prosecution Bar Information. Plaintiffs are filing their Opposition and Appendix in a properly labeled sealed envelope.

4. No alternatives to sealing would provide sufficient protection given the sensitive nature of the material involved and given the requirement in the Confidentiality Order that Confidential Information, Outside Counsel Only Information, and/or Patent Prosecution Bar Information be filed under seal.

5. The Confidentiality Order (at ¶ 12) requires that when a party seeks to file material under seal, it must file a motion and accompanying Order pursuant to Local Rule 105.11.

Accordingly, plaintiffs respectfully request that the Court enter the Order set forth below, sealing plaintiffs' Opposition and Appendix.

DATED: February 5, 2003

Respectfully submitted,

/s/
Lisa S. Mankofsky
Michael D. Kaminski
Anthony M. Son
FOLEY & LARDNER
3000 K Street, N.W., Suite 500
Washington, DC  20007
(202) 672-5300
Counsel for Plaintiffs

002.1145098.1

-3-

## **ORDER**

It is this ___ day of _____, 2004, hereby ordered that plaintiffs' Motion to File Under Seal Opposition Brief and Appendix of Exhibits pursuant to Local Rule 105.11 is hereby GRANTED.

_____
Hon. William M. Nickerson
Senior United States District Judge

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2004, a copy of the foregoing Plaintiffs' Motion to File Under Seal Opposition Brief and Appendix of Exhibits was faxed to, and mailed, by first class mail, postage prepaid to:

    Philip M. Andrews
    Kramon & Graham, P.A.
    One South Street
    Suite 2600
    Baltimore, Maryland 21202

    Joseph A. Kromholz
    Daniel Johnson
    Ryan, Kromholz & Manion, S.C.
    P.O. Box 26618
    Milwaukee, Wisconsin 53226-0618

    Delbert J. Barnard
    Barnard Loop & McCormack
    947 Powell Avenue, S.W.
    Suite 105
    Renton, Washington 98055

                   /s/
                Lisa S. Mankofsky