**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

_____ )
                                )
IN RE: CRUCIFEROUS SPROUT    )         MDL Docket No. 1388
PATENT LITIGATION            )         Hon. William M. Nickerson
_____ )

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

On December 16, 2003, defendants filed their Motion for Attorneys Fees Pursuant to 35

U.S.C. § 285.  On February 5, 2003, plaintiffs timely filed their Opposition to the Remaining

Defendants' Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285.  Pursuant to Local Rule

105.6, Plaintiffs hereby respectfully request that the Court schedule oral argument on

defendants' Motion.

DATED:  February 5, 2003              Respectfully submitted,


                                     _____/s/_____
                                     Lisa S. Mankofsky
                                     Michael D. Kaminski
                                     Anthony M. Son
                                     FOLEY & LARDNER
                                     3000 K Street, N.W., Suite 500
                                     Washington, DC  20007
                                     (202) 672-5300
                                     Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of February, 2004, a copy of the foregoing

Plaintiffs' Request for Oral Argument was faxed to, and mailed, by first class mail, postage

prepaid to:

>Philip M. Andrews
>Kramon & Graham, P.A.
>One South Street
>Suite 2600
>Baltimore, Maryland  21202
>
>Joseph A. Kromholz
>Daniel Johnson
>Ryan, Kromholz & Manion, S.C.
>P.O. Box 26618
>Milwaukee, Wisconsin  53226-0618
>
>Delbert J. Barnard
>Barnard Loop & McCormack
>947 Powell Avenue, S.W.
>Suite 105
>Renton, Washington 98055

                                    /s/
                        _____
                        Lisa S. Mankofsky

002.1145478.1