# *FILED SEPARATELY SHEET*

Civil Docket No.  MDL-01-1388

Criminal Docket No.

### *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:
- ☒ Sealed Opposition by Plaintiff to Motion for Attorneys's Fees
- ☐ Transcript of Proceedings before the Court on
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☐ Other __

### *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO.**