IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN RE:                              *

**CRUCIFEROUS SPROUT**              *      **MDL Docket No. 1388**
**PATENT LITIGATION**
                                    *
**********************

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit D, which is an attachment to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Attorneys Fees Pursuant to 35 U.S.C. § 285, exists only in paper format and if scanned will be larger than 1.5MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date: February 19, 2004

_____/s/_____
Philip M. Andrews (Federal Bar No. 00078)
Kramon & Graham, P.A.
One South Street, 26th floor
Baltimore, Maryland 21202
410-752-6030 (phone)
410-539-1269 (fax)

_____/s/_____
Joseph A. Kromholz (admitted *pro hac vice*)
Ryan, Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin 53226-0618
(262) 783-1300 (phone)
(262) 783-783-1211

Attorneys for The Remaining Defendants

00690/0/00097550.WPDv1