IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: | * | |
| CRUCIFEROUS SPROUT | * | MDL Docket No. 1388 |
| PATENT LITIGATION | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY
BRIEF TO THE REMAINING DEFENDANTS' REPLY CONCERNING
THEIR MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

Plaintiffs Brassica Protection Products LLC and Johns Hopkins University (collectively "Plaintiffs") hereby move for leave to file a sur-reply brief to address concisely defendants' inaccurate factual and legal arguments, including some new factual arguments, raised in the Remaining Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Attorney Fees Pursuant to 35 U.S.C. § 285 (dated Feb. 19, 2004). Plaintiffs request an opportunity to address defendants' inaccurate and new arguments.

Plaintiffs also seek permission to file a sur-reply brief so that they can bring to the Court's attention a decision of the United States Court of Appeals for the Federal Circuit in a Section 285 case, which decision was issued only yesterday, and therefore, was issued after plaintiffs filed their Opposition to defendants' motion for fees.

Accordingly, plaintiffs respectfully request that they be granted leave to file the short Sur-Reply brief, which is being submitted to the Court under seal. Concurrently with this Motion, plaintiffs are also filing their Motion to File under Seal Their Sur-Reply Brief.

Dated: March 9, 2004                              Respectfully submitted,

                                                  _____/ s /_____
                                                  Lisa S. Mankofsky (General Bar No. 04940)
                                                  Michael Kaminski
                                                  Anthony H. Son
                                                  Foley & Lardner LLP
                                                  3000 K Street, N.W., Suite 500
                                                  Washington, D.C. 20007
                                                  Telephone:     (202) 672-5300

                                                  Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2004, a copy of the foregoing Plaintiffs' Motion for Leave to File Sur-Reply Brief to the Remaining Defendants' Reply Concerning Their Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 was faxed, and mailed, by first class mail, postage prepaid, to:

>Philip M. Andrews
>Kramon & Graham, P.A.
>One South Street
>Suite 2600
>Baltimore, Maryland 21202
>
>Joseph A. Kromholz
>Daniel Johnson
>Ryan, Kromholz & Manion, S.C.
>P.O. Box 26618
>Milwaukee, Wisconsin 53226-0618
>
>Delbert J. Barnard
>Barnard Loop & McCormack
>947 Powell Avenue, S.W.
>Suite 105
>Renton, Washington 98055

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Anthony H. Son