IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| IN RE: CRUCIFEROUS SPROUT PATENT LITIGATION | ) ) ) ) ) | MDL Docket No. 1388 Hon. William M. Nickerson |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**THEIR SUR-REPLY BRIEF**

Pursuant to Local Rule 105.11, plaintiffs Brassica Protection Products LLC and Johns Hopkins University hereby move to file under seal Plaintiffs' Sur-Reply Brief to the Remaining Defendants' Reply Concerning Their Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Sur-Reply").

In support of this Motion, plaintiffs state:

1.  The Confidentiality Stipulation and Protective Order ("Confidentiality Order") was approved by the Court on September 11, 2003.

2.  The Confidentiality Order provides that certain information can be designated as Confidential Information, Outside Counsel Only Information, or Patent Prosecution Bar Information. The Confidentiality Order (at ¶ 12) requires that when written material constituting or revealing Confidential Information, Outside Counsel Only Information, or Patent Prosecution Bar Information is filed with the Court, such material must be filed in a sealed envelope containing certain information on the outside of the envelope.

3.  Plantiffs are sending their Sur-Reply to the Clerk's Office together with a motion for leave to file the Sur-Reply. The Sur-Reply contains Confidential Information and Outside

-2-

Counsel Only Information. Plaintiffs are filing their Sur-Reply in a properly labeled sealed envelope.

4. No alternatives to sealing would provide sufficient protection given the sensitive nature of the material involved and given the requirement in the Confidentiality Order that Confidential Information and Outside Counsel Only Information be filed under seal.

5. The Confidentiality Order (at ¶ 12) requires that when a party seeks to file material under seal, it must file a motion and accompanying Order pursuant to Local Rule 105.11.

Accordingly, plaintiffs respectfully request that the Court enter the Order set forth below, sealing plaintiffs' Sur-Reply.

DATED: March 9, 2004                                  Respectfully submitted,

                                                                                  /s/
                                          Lisa S. Mankofsky
                                          Michael D. Kaminski
                                          Anthony M. Son
                                          FOLEY & LARDNER LLP
                                          3000 K Street, N.W., Suite 500
                                          Washington, DC  20007
                                          (202) 672-5300

                                          Counsel for Plaintiffs

-3-

## **ORDER**

It is this ___ day of _____, 2004, hereby ordered that Plaintiffs' Motion to File Under Seal Their Sur-Reply Brief pursuant to Local Rule 105.11 is hereby GRANTED.

_____
Hon. William M. Nickerson
Senior United States District Judge

002.1160852.1

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2004, a copy of the foregoing Plaintiffs' Motion to File Under Seal Their Sur-Reply Brief was faxed, and mailed, by first class mail, postage prepaid, to:

Philip M. Andrews
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland  21202

Joseph A. Kromholz
Daniel Johnson
Ryan, Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin  53226-0618

Delbert J. Barnard
Barnard Loop & McCormack
947 Powell Avenue, S.W.
Suite 105
Renton, Washington 98055

                                               /s/
                                       Anthony H. Son