Law Offices
# KRAMON & GRAHAM, P. A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201

Telephone: (410) 752-6030
Facsimile: (410) 539-1269

www.kramonandgraham.com

Philip M. Andrews
Direct Dial
(410) 347-7427

Also Admitted in DC

E-Mail
pandrews@kg-law.com

March 18, 2004

**By Hand Delivery
and electronically filed**
The Honorable William M. Nickerson
Senior United States District Judge
United States District Court for the
 District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

> Re: In Re: Cruciferous Sprout Patent Litigation
>     MDL Docket No. 1388

Dear Judge Nickerson:

On behalf of the Remaining Defendants, I write regarding Plaintiffs' recent Motion for Leave to File Sur-Reply Brief to the Remaining Defendants' Reply Concerning their Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("the Motion"). Plaintiffs provide two reasons for seeking leave to file their proposed Sur-Reply. So far as the Remaining Defendants are concerned, one of those reasons may be an appropriate basis for relief under L.R. 105.2.a; the other clearly is not.

The Remaining Defendants have no objection to Plaintiffs' bringing to the Court's attention *Q-Pharma Inc. v. The Andrew Jergens Co.*, No. 03-1184 (Fed.Cir. Mar. 8, 2004), a decision issued after the briefing closed in MDL 1388. That case is briefly discussed on the second and third pages of Plaintiffs' proposed Sur-Reply.

The remainder of the proposed 13-page Sur-Reply is clearly improper, however, because it not only seeks to augment Plaintiffs' previously-made arguments, but also attempts to supplement the record by means of a four-page Declaration from one of

Honorable William M. Nickerson
March 18, 2004
Page 2

---

Plaintiffs' principals, who, incidentally, was not one of Plaintiffs' 30(b)(6) designees. In light of the strictures of L.R. 105.2.a, as well as the time and extraordinary expense already incurred in this longstanding matter, the Remaining Defendants object to leave being granted, beyond permitting Plaintiffs to bring the *Q-Pharm* decision to Your Honor's attention.

If the Court determines to allow Plaintiffs to file a Sur-Reply regarding *Q-Pharm* or anything beyond that case, the Remaining Defendants are compelled to note here their request that they be permitted the opportunity to respond to the Sur-Reply, within seven (7) days from the date leave is granted to Plaintiffs.

Thank you for your attention to this matter.

Respectfully,

/S/

Philip M. Andrews
Defendants' Liaison Counsel

PMA/cab

cc:   Lisa S. Mankofsky, Esquire (by facsimile–202-672-5399)
      Michael Kaminski, Esquire (by facsimile-202-672-5399)
      Anthony H. Son, Esquire (by facsimile-202-672-5399)
      Joseph A. Kromholz, Esquire (by facsimile 262-783-1211)