# ▮FOLEY

**FOLEY & LARDNER LLP**
**ATTORNEYS AT LAW**

WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
202.672.5300 TEL
202.672.5399 FAX
www.foley.com

March 19, 2004

WRITER'S DIRECT LINE
202.672.5384
lmankofsky@foley.com EMAIL

CLIENT/MATTER NUMBER
037677-0156

**BY FEDEX AND ELECTRONICALLY FILED**

The Honorable William M. Nickerson
United States District Court for the District of Maryland
310 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

    In Re: *Cruciferous Sprout Patent Litigation*, MDL Docket No. 1388

Dear Judge Nickerson:

    As counsel for the plaintiffs, I write to respond briefly to the letter of Philip M. Andrews, Esq., to Your Honor, dated March 18, 2004, claiming that one of plaintiffs' two arguments in their Motion for Leave to File Sur-Reply Brief to the Remaining Defendants' Reply Concerning Their Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 (filed electronically Mar. 9, 2004) was improper and asking for leave to respond to plaintiffs' Sur-Reply Brief, which brief was filed on March 10, 2004.

    Defendants state that they have no objection to plaintiffs bringing to the Court's attention the recent Federal Circuit case *Q-Pharma Inc. v. The Andrew Jergens Co.*, No. 03-1184 (Fed. Cir. Mar. 8, 2004). Mr. Andrews notes that the *Q-Pharma* case is discussed in plaintiffs' Sur-Reply Brief at pages 2-3. In addition, the *Q-Pharma* case is also discussed in plaintiffs' Sur-Reply Brief at page 11.

    Defendants argue that the remainder of the Sur-Reply Brief is improper. Defendants are wrong. The Sur-Reply Brief, including the Supplemental Declaration of Paul Talalay, M.D. (sworn to Mar. 3, 2004), is limited to responding to arguments in defendants' Reply Brief. In fact, the Supplemental Declaration of Paul Talalay, M.D., which is referred to in Mr. Andrews' letter, is a good example of why plaintiffs needed to file their Sur-Reply Brief. This declaration responds to factual arguments made in defendants' Reply Brief for the first time.

    Accordingly, plaintiffs respectfully submit that their Sur-Reply Brief is proper and that there is no need for defendants to file a further brief in response to plaintiffs' Sur-Reply Brief.

    Respectfully submitted,
    /s/
    Lisa S. Mankofsky
    Gen. Bar No. 04940

BRUSSELS   DETROIT        MILWAUKEE    SAN DIEGO          TAMPA
CHICAGO    JACKSONVILLE   ORLANDO      SAN DIEGO/DEL MAR  TOKYO
DENVER     LOS ANGELES    SACRAMENTO   SAN FRANCISCO      WASHINGTON, D.C.
           MADISON                     TALLAHASSEE        WEST PALM BEACH

002.1170066.1

**▪FOLEY**

The Honorable William M. Nickerson
March 19, 2004
Page 2

cc:    Joseph A. Kromholz, Esq. (by facsimile, 262-783-1211)
       Philip M. Andrews, Esq. (by facsimile, 410-539-1269)
       Delbert J. Barnard, Esq. (by facsimile, 206-243-4618)