**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**WILLIAM M. NICKERSON**<br>**SENIOR UNITED STATES DISTRICT JUDGE** | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7810<br>FAX 962-2577 |

**March 22, 2004**

**To all Counsel of Record**

**RE:   In Re: Cruciferous Sprout Patent Litigation**
      <u>**MDL Docket No. 1388**</u>

**Dear Counsel:**

   I am in receipt of your recent letters regarding Plaintiff's Motion for Leave to File a Sur-reply.  From a cursory review of the sur-reply and the extensive pleadings previously filed, it does not appear that the filing of a sur-reply is warranted.  Should I revise that initial conclusion as I delve more deeply into the merits of the underlying motion and determine that the filing of a sur-reply is justified, I will grant the Remaining Defendants the opportunity to respond appropriately.  In the meantime, there is no need for the filing of any additional pleadings.

                          Sincerely,

                            /s/
                          William M. Nickerson
                          Senior United States District Judge

**WMN/ral**

**cc:  Court File**