UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

July 13, 2004

All counsel

    Re:    In Re: Cruciferous Sprout Patent Litigation
            MDL Docket No. 1388

Dear Counsel:

    Pending before the Court is the Remaining Defendants= Motion for Attorney=s Fees. On March 9, 2004, Plaintiffs filed a motion for leave to file a sur-reply in opposition to that motion. That proposed sur-reply discussed a number of issues that were already adequately briefed in previous pleadings, but also briefly referenced a decision issued the previous day by the Federal Circuit Court of Appeals, Q-Pharma, Inv. v. Andrew Jergens Company, 360 F.3d 1295 (Fed. Cir. March 8, 2004). Shortly thereafter, without ruling on Plaintiffs= motion for leave to file a sur- reply, the Court informed counsel by letter that upon a cursory review of the pleadings then before it, the Court was inclined to deny the motion for leave to file a sur-reply, finding that further briefing was unwarranted.

    Upon further review, however, it appears that Q-Pharma may have some relevance to the resolution of the pending motion for fees. The Court hereby grants the Remaining Defendants leave to briefly respond to that portion of the sur-reply discussing Q-Pharma should they so desire. That response should be filed within 7 days of the date of this letter.

    Notwithstanding the informal nature of this correspondence, it is an order of the Court and will be docketed as such.

                                            Sincerely,

                                            /s/
                                          William M. Nickerson
                                          Senior United States District Judge

cc:    Court File