IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: | * |
| CRUCIFEROUS SPROUT PATENT LITIGATION | *   MDL Docket No. 1388 |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SEALING OF PLEADING

The Remaining Defendants, Sunrise Farms, Inc., Frank Crikelair, Becky Crikelair, Edrich Farms, Inc., Edward Stanfield, III, Edward Stanfield, Jr., Richard Stanfield, Sally F. Stanfield, International Specialty Supply, LLC, and Robert L. Rust, by their undersigned counsel, move pursuant to Local Rule 105.11, for sealing of their Respose to that Portion of Plaintiffs' Sur-Reply Discussing *Q-Pharma* ("the *Q-Pharma* Response"):

The grounds for this motion are:

1. This Court, on September 11, 2003, approved and signed the parties' Confidentiality Stipulation and Protective Order ("the Protective Order").

2. Paragraph No. 12 of the Protective Order requires that any written or tangible material constituting or revealing Confidential Information, Outside Counsel Only Information, or Patent Prosecution Bar Information, when filed with this Court for any reason, shall be filed in sealed envelopes, appropriately marked. The Remaining Defendants are filing the *Q-Pharma* Response today. That pleading contains information shielded from disclosure by the Protective Order. The Remaining Defendants have filed the *Q-Pharma* Response in a properly labeled and endorsed envelope.

3.   Paragraph No. 12 of the Order also requires a party making such a filing to simultaneously submit this motion and accompanying order pursuant to Local Rule 105.11.

4.   Beginning on December 23, 2003, this Court has granted similar motions to seal the parties' various motions and memoranda regarding the Remaining Defendants' pending motion for attorneys' fees.

WHEREFORE, the Remaining Defendants request this Court to enter an Order, in accordance with Local Rule 105.11, sealing their Response to that Portion of Plaintiffs' Sur-Reply discussing *Q-Pharma*.

/s/
Philip M. Andrews (Federal Bar No. 00078)
Kramon & Graham, P.A.
One South Street, 26th Floor
Baltimore, Maryland 21202
410-752-6030
Fax: 410-539-1269

/s/
Joseph A. Kromholz (admitted *pro hac vice*)
Ryan, Kromholz & Manion, S.C.
Post Office Box 26618
Milwaukee, Wisconsin 53226-0618
262-783-1300
Fax: 262-783-1211

Attorneys for the Remaining Defendants

## ORDER

     Motion granted this _____ day of _____, 2004, pursuant to Local Rule 105.11.

                                    _____
                                    William M. Nickerson,
                                    Senior United States District Judge