# FILED SEPARATELY SHEET

Civil Docket No.    MDL-01-1388

**FILED SEPARATELY**

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion
- ☒ Sealed Response by Remaining Defendants to that portion of Plaintiff's Sur-Reply Discussing Q-Pharma
- ☐ Transcript of Proceeding before SSA
- ☐ Deposition of taken on
- ☐ Other