**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| IN RE: | * | |
| | * | MDL Docket No. 1388 |
| CRUCIFEROUS SPROUT | * | |
| PATENT LITIGATION | * | |

\* \* \* \* \* \* \*

**<u>ORDER</u>**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 29th day of September, 2004, by the United States District Court for the District of Maryland, ORDERED;

1. That the motions to withdraw as counsel, Paper Nos. 62, 63, and 64, are GRANTED;

2. That the motions to seal, Paper Nos. 92, 95, 99 and 104, are GRANTED;

3. That Plaintiffs' motion to reconsider this Court's lifting of a stay, Paper No. 57, is DENIED as MOOT;

4. That Plaintiffs' motion for leave to file a surreply, Paper No. 98, is GRANTED;

5. That Plaintiff's motion for oral argument, Paper No. 93, is DENIED;

6. That the Remaining Defendants' Motion for Attorneys' Fees is DENIED; and

7. That the Clerk of the Court shall transmit copies of this memorandum and order to all counsel of record.

/s/
William M. Nickerson
Senior United States District Judge